# Exhibit B


Official reprint from UpToDate®
www.uptodate.com © 2022 UpToDate, Inc. and/or its affiliates. All Rights Reserved.



# Kidney cancer TNM staging AJCC UICC 8th edition

| Primary tumor (T) | |
|---|---|
| **T category** | **T criteria** |
| TX | Primary tumor cannot be assessed |
| T0 | No evidence of primary tumor |
| T1 | Tumor ≤7 cm in greatest dimension, limited to the kidney |
| T1a | Tumor ≤4 cm in greatest dimension, limited to the kidney |
| T1b | Tumor >4 cm but ≤7 cm in greatest dimension, limited to the kidney |
| T2 | Tumor >7 cm in greatest dimension, limited to the kidney |
| T2a | Tumor >7 cm but ≤10 cm in greatest dimension, limited to the kidney |
| T2b | Tumor >10 cm, limited to the kidney |
| T3 | Tumor extends into major veins or perinephric tissues, but not into the ipsilateral adrenal gland and not beyond Gerota's fascia |
| T3a | Tumor extends into the renal vein or its segmental branches, or invades the pelvicalyceal system, or invades perirenal and/or renal sinus fat but not beyond Gerota's fascia |
| T3b | Tumor extends into the vena cava below the diaphragm |
| T3c | Tumor extends into the vena cava above the diaphragm or invades the wall of the vena cava |
| T4 | Tumor invades beyond Gerota's fascia (including contiguous extension into the ipsilateral adrenal gland) |
| **Regional lymph nodes (N)** | |
| **N category** | **N criteria** |
| NX | Regional lymph nodes cannot be assessed |
| N0 | No regional lymph node metastasis |
| N1 | Metastasis in regional lymph node(s) |
| **Distant metastasis (M)** | |

| M category | M criteria |
|---|---|
| M0 | No distant metastasis |
| M1 | Distant metastasis |

**Prognostic stage groups**

| When T is... | And N is... | And M is... | Then the stage group is... |
|---|---|---|---|
| T1 | N0 | M0 | I |
| T1 | N1 | M0 | III |
| T2 | N0 | M0 | II |
| T2 | N1 | M0 | III |
| T3 | NX, N0 | M0 | III |
| T3 | N1 | M0 | III |
| T4 | Any N | M0 | IV |
| Any T | Any N | M1 | IV |

TNM: Tumor, Node, Metastasis; AJCC: American Joint Committee on Cancer; UICC: Union for International Cancer Control.

*Used with permission of the American College of Surgeons, Chicago, Illinois. The original source for this information is the AJCC Cancer Staging Manual, Eighth Edition (2017) published by Springer International Publishing. Corrected at 4th printing, 2018.*

Graphic 110735 Version 10.0