# Exhibit C


Official reprint from UpToDate®
www.uptodate.com © 2022 UpToDate, Inc. and/or its affiliates. All Rights Reserved.



## Stage-based survival in patients with renal cell carcinoma



*Used with the permission of the American Joint Committee on Cancer (AJCC), Chicago, Illinois. The original source for this material is the AJCC Cancer Staging Manual, Seventh Edition (2010) published by Springer New York, Inc.*

Graphic 59133 Version 11.0