# Exhibit D



**Rappha Medical Center**

Dr. Sherry O'Donnell, D.O.
Internal Medicine
Phone: (269) 408-1777
Fax (269) 408-1755

3911 Stonegate Park Drive • St. Joseph, MI 49085 • www.RapphaMedicalCenter.com

January 3, 2022

Attorney Sean W. Drew
Donahue Building
Sycamore & Third Streets
P.O. Box 880
Niles, MI 49120

Re: Ronnie Fritz
D.O.B. 01/30/1981
Former MDOC Inmate
Currently in Federal Custody

Dear Attorney Drew:

Thank you for asking me to review Mr. Fritz' medical records and to render my professional medical opinion and recommendations based on the reviewed medical records. I have reviewed the medical records available to me dating from December 2020 through December 2021.

Mr. Fritz first presented with Gross hematuria without nitrates in his urine in December 2020. This should have prompted a thorough work up as to the cause of the hematuria. Hematuria without an identifiable cause, such as a urinary tract infection, should **Always** initiate a work up to rule out renal carcinoma. Throughout the past year, there were multiple medical encounters with different medical providers that spoke to Mr. Fritz having "persistent intermittent right flank /pelvic pain with bright red urine, blood clots and occasional nausea", yet a renal biopsy was not performed until November 1, 2021. Beginning with the Urinalysis performed in December 2020 until currently when Mr. Fritz has yet to have the recommended Nephrectomy, there have been multiple delays in treatment of Mr. Fritz' medical care. When Mr. Fritz had hematuria in his urinalysis in December 2020, minimally he should have had a repeat urinalysis done within 1 week, yet a repeat urinalysis was not done until April 2021 which also revealed 3+ blood. When there was persistent blood in that urinalysis, a Renal CT should have been done expediently with a high level of suspicion for Renal carcinoma, yet the first imaging performed was done on July 23, 2021 which did indeed reveal a "3.5 cm mass in the midpole of the right kidney with peripheral calcification which could represent an abscess, complex cyst or malignancy."

A report like that coupled with his persistent hematuria, pain and weight loss should have resulted in an immediate biopsy with now a high grade level of suspicion that this mass was malignant, yet once again there was a delay of care and a consultation with Capitol Urology Associates was completed on October 12, 2021. Multiple clinical encounters occurred between the CT that was performed in July and the urological consult each more concerning that Mr. Fritz had cancer inclusive of an ultrasound performed on August 24 which reported the mass in question was 10 cm x 6.5 x 7.5 cm. A CT Urogram was done on September 3 and revealed a: 4.3 x 4.3 cm mass suspicious for Renal Cell Carcinoma, Clear cell type and a biopsy was recommended. A biopsy was finally performed on November 1 by an interventional radiologist and was concerning for "2 adjacent masses" and the pathological diagnosis was Renal Cell Carcinoma, Clear Cell Type."

The other medical encounters that occurred between April 2021 and the diagnosis of Renal Cell Carcinoma were handled by administering pain medications to Mr. Fritz without investigation as to the cause of the pain and hematuria. There are many places in Mr. Fritz' medical records that it was noted that he was in pain and that he needed to bear down to complete his urine stream and to pass blood clots. This is unacceptable. Being incarcerated should not result in such egregious health care.

In summary, it took 11 months to determine a diagnosis of Renal Cell Carcinoma when it should have been diagnosed within the first month of Mr. Fritz presentation of hematuria. This has resulted in tumor growth and an unnecessary delay in treatment and unnecessary pain and suffering. He has yet to have the definitive treatment of nephrectomy. This needs to be done expeditiously so as to curtail tumor growth and prevent metastasis. Mr. Fritz is a 40 year old, otherwise overall healthy male that should, barring any other delays and unforeseen circumstances, have a good outcome. He cannot; however, afford to have any other delays and should be sent to a tertiary medical center experienced in performing renal surgery and treatment of Renal Cell Carcinoma. The exact medical center should be determined by him and his family and my suggestion would be to the center that can most quickly accommodate Mr. Fritz.

If I can be of further assistance to you or your representation of this unfortunate gentleman and his family, please be so kind as to notify my office and allow me the privilege.

With Kind Regards,

*SODonnell, DO, FACOI*

Dr. Sherry O'Donnell, D.O.; F.A.C.O.I.
Physician Owner Rappha Medical Center
(o) 269-408-1777 (c) 269-449-5550
3911 Stonegate Park
St. Joseph, MI 49085