# Exhibit E

## Rivard, Caleb (MDOC)

**From:** Papendick, Keith (MDOC-Contractor)
**Sent:** Wednesday, November 09, 2016 2:55 PM
**To:** Dalton, Jennifer (MDOC)
**Subject:** RE: ▮▮▮▮▮ *Not Quite Urgent, but yet Not Routine*

Was the authorization used and billed toward the authorization number? If the patient was seen by the physician, the auth will be billed against. If not the authorization would be usable. If used, a new 407 would be necessary.

---

**From:** Dalton, Jennifer (MDOC)
**Sent:** Wednesday, November 09, 2016 10:01 AM
**To:** Papendick, Keith (MDOC-Contractor)
**Cc:** Willingham, Lisa (MDOC)
**Subject:** ▮▮▮▮▮ *Not Quite Urgent, but yet Not Routine*

Good Morning Dr. Papendick,

Ok, so here is where we are at with him. After his previously approved parathyroidectomy was approved locally, UM pulled approval d/t surgeon requiring a 23 hr stay. We were told to find someone local to McLaren/Allegiance. (When our H.I.M. asked who to contact we were told to look in the yellow pages.) So our H.I.M. found HFA ENT in Jackson. The repeat consult was approved and he was seen. I got the return paperwork which states, "Recommend removal of parathyroid adenoma as definitive surgical treatment (we knew that-it was previously approved). <u>I do not have privileges for parathyroid surgery. Please refer to otolaryngologist or general surgeon with privileges to perform parathyroid surgery</u>."

So now we are in the unenviable position of having to get YET ANOTHER consult. Fortunately for us, the patient has been inordinately patient with this process considering :
  1.) he was transferred to us right after preliminary imaging studies indicated possible adenoma,
  2.) he has waited through further imaging studies to confirm need for referral for surgery,
  3.) he completed the first surgical consult,
  4.) he was scheduled-then canceled-for surgery,
  5.) he completed the second consult, and now
  6.) it appears he will have to endure a *third* consult before he can be scheduled, again, for surgery to have this issue taken care of.

The fact that we haven't seen a grievance on this is nothing short of miraculous.

Lisa (our H.I.M.) found Lansing Surgical Associates-which *hopefully* can provide us the service that we need. Do I need to submit another 407 for surgical consult?

Thanks,
*Jennifer Dalton, FNP-BC*
Oaks Correctional Facility
(231) 723-8272 ext. ▮▮▮

"*You are a Child of the Universe, no less than the Trees and Stars. You have a right to be here. Whether or not it is clear to you, no doubt the Universe is unfolding as it should.*" ~ *Desiderata*

1