**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

WILLIAM KELLY,

Plaintiff,

vs.

Case No. 2:22-cv-10589
Hon. Terrence G. Berg

CORIZON HEALTH, Inc.,
a Delaware corporation.;
QUALITY CORRECTIONAL
CARE OF MICHIGAN, P.C., a
Michigan professional corporation;
JOSHUA KOCHA;
DANIELLE ALFORD;
LEILA GHASEMI;
DR. RAVI YARID;
DR. RICHARD A. BOHJANEN,
and DR. TODD K, BOSTWICK,

Defendants.

---

LAURENCE H. MARGOLIS (P69635)
IAN T. CROSS (P83367)
MARGOLIS & CROSS
Attorneys For Plaintiff
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com

JONATHAN C. LANESKY (P59740)
NICHOLAS B. PILLOW (P83927)
CHAPMAN LAW GROUP
Attorneys for Defendants Corizon Health, Inc.,
Quality Correctional Care of Michigan,
Richard Bohjanen, M.D.; Ravi Yarid, D.O.;
Danielle Alford, P.A., Joshua Kocha, P.A.,
and Leila Ghasemi, N.P.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jlanesky@chapmanlawgroup.com

PAUL J. DWAIHY (P66074)
CHRISTOPHER KWIECIEN (P777878)
TANOURY, NAUTS, MCKINNEY,
& DWAIHY, PLLC
Attorney for Defendant Todd K. Bostwick,
M.D.
38777 Six Mile Rd., Ste. 101
Livonia, MI 48152
(313) 964-4500
paul.dwaihy@tnmdlaw.com
christopher.kwiecien@tnmdlaw.com

---

**DR. TODD K. BOSTWICK' S ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COME Defendant, DR. TODD K. BOSTWICK, by and through his attorneys, TANOURY, NAUTS, MCKINNEY & DWAIHY, PLLC for his Answer to Plaintiff's Complaint, stating as follows:

**JURISDICTION AND VENUE**

1. As to paragraph 1, this Defendants denies the allegations for the reason that they are untrue.

2. As to paragraph 2, this Defendant denies that jurisdiction and venue are appropriate as to him inasmuch as the alleged state law medical malpractice claim that has been brought against him is separate and distinct from any claim arising under federal law against any other co-defendant.

3. As to paragraph 3, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to him.

4 As to paragraph 4, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to him.

5 As to paragraph 5, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to him.

6 As to paragraph 6, this Defendant admits that he is a resident of the State of Michigan, but lacks the requisite knowledge as to the residences of the other named Defendants.

7. As to paragraph 7, this Defendant admits that the alleged events underlying Plaintiff's Complaint took place in Jackson County, Michigan.

8. As to paragraph 8, this Defendant denies that jurisdiction and venue are appropriate as to him inasmuch as the alleged state law medical malpractice claim that has been brought against

him is separate and distinct from any claim arising under federal law against any other co-defendant.

## THE PARTIES

9. As to paragraph 9, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

10. As to paragraph 10, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to him.

11. As to paragraph 11, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to him.

12. As to paragraph 12, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to him.

13. As to paragraph 13, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

14. As to paragraph 14, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

15. As to paragraph 15, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

16. As to paragraph 16, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

17. As to paragraph 17, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

18. As to paragraph 18, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

19. As to paragraph 19, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

20. As to paragraph 20, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

22. As to paragraph 22, this Defendant admits same.

## COMMON ALLEGATIONS

23. As to paragraph 23, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

24. As to paragraph 24, this Defendant denies the allegations in the form and manner pled as there are numerous methods of staging/grading different forms of cancer, including those mechanisms established by the American Joint Committee on Cancer.

25. As to paragraph 25, this Defendant denies the allegations in the form and manner pled as there are additional subsets of staging cancer under the TNM system. In further response, this Defendant states the Exhibit referenced in Plaintiff's Complaint speaks for itself.

26. As to paragraph 26, this Defendant denies the allegations in the form and manner pled inasmuch as the cited material is not applicable to any diagnosis of Plaintiff's cancer.

27. As to paragraph 27, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

28. As to paragraph 28, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

29. As to paragraph 29, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

30. As to paragraph 30, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

31. As to paragraph 31, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

32. As to paragraph 32, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

33. As to paragraph 33, this Defendant denies the allegations for the reason that they are untrue.

34. As to paragraph 34, this Defendant denies the allegations for the reason that they are untrue.

## I. DEFENDANT DR. TODD BOSTWICK

35. As to paragraph 35, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

36. As to paragraph 36, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

37. As to paragraph 37, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

38. As to paragraph 38, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

39. As to paragraph 39, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent

allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

40. As to paragraph 40, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

41. As to paragraph 41, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

42. As to paragraph 42, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

43. As to paragraph 43, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the

medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

44. As to paragraph 44, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

45. As to paragraph 45, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

46. As to paragraph 46, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

47. As to paragraph 47, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time

in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

48. As to paragraph 48, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

49. As to paragraph 49, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true. Moreover, this Defendant states that the cited literature speaks for itself.

50. As to paragraph 50, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

51. As to paragraph 51, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

52. As to paragraph 52, this Defendant admits that there are certain duties imposed by the common law and by the statutes of the State of Michigan, but state that this paragraph does not fully and completely set forth those duties, is not a full and complete statement of the law, nor does it limit nor define those duties; therefore this Defendant leaves Plaintiff to his proofs on each and every item, including breach of a duty owed, proximate cause and damages.

53. As to paragraph 53, this Defendant denies the allegations for the reason they are untrue. In further response, this Defendant admits that his read of the subject radiology study was in keeping with the applicable standard of care.

54. As to paragraph 54, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

55. As to paragraph 55, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the

medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

56. As to paragraph 56, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

57. As to paragraph 57, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

58. As to paragraph 58, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

59. As to paragraph 59, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time

in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

## II. DEFENDANTS CORIZON, BOHJANEN, AND KOCHA

60. As to paragraph 60, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

61. As to paragraph 61, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

62. As to paragraph 62, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

63. As to paragraph 63, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

64. As to paragraph 64, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

65. As to paragraph 65, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

66. As to paragraph 66, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent

allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

67. As to paragraph 67, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

68. As to paragraph 68, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

69. As to paragraph 69, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

70. As to paragraph 70, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the

medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

71. As to paragraph 71, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

72. As to paragraph 72, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

73. As to paragraph 73, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

74. As to paragraph 74, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time

in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

75. As to paragraph 75, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

76. As to paragraph 76, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

77. As to paragraph 77, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

78. As to paragraph 78, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

79. As to paragraph 79, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent

allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

80. As to paragraph 80, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

81. As to paragraph 81, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

82. As to paragraph 82, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

83. As to paragraph 83, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

84. As to paragraph 84, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

85. As to paragraph 85, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

86. As to paragraph 86, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

87. As to paragraph 87, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

88. As to paragraph 88, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

89. As to paragraph 89, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

90. As to paragraph 90, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

91. As to paragraph 91, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

92. As to paragraph 92, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

93. As to paragraph 93, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

94. As to paragraph 94, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

95. As to paragraph 95, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time

in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

96. As to paragraph 96, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

97. As to paragraph 97, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

98. As to paragraph 98, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

99. As to paragraph 99, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

100. As to paragraph 100, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

101. As to paragraph 101, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

102. As to paragraph 102, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent

allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

103. As to paragraph 103, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

104. As to paragraph 104, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

105. As to paragraph 105, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

106. As to paragraph 106, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the

medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

107. As to paragraph 107, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

108. As to paragraph 108, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

109. As to paragraph 109, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

110. As to paragraph 110, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time

in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

111. As to paragraph 111, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

112. As to paragraph 112, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

113. As to paragraph 113, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

## III. DEFENDANTS CORIZON, GHASEMI, AND ALFORD

114. As to paragraph 114, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

115. As to paragraph 115, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

116. As to paragraph 116, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

117. As to paragraph 117, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

118. As to paragraph 118, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

119. As to paragraph 119, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

120. As to paragraph 120, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

121. As to paragraph 121, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

122. As to paragraph 122, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

123. As to paragraph 123, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

124. As to paragraph 124, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

125. As to paragraph 125, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

126. As to paragraph 126, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

127. As to paragraph 127, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

128. As to paragraph 128, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time

in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

129. As to paragraph 129, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

130. As to paragraph 130, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

131. As to paragraph 131, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

132. As to paragraph 132, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

133. As to paragraph 133, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

134. As to paragraph 134, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

135. As to paragraph 135, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent

allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

136. As to paragraph 136, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

137. As to paragraph 137, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

138. As to paragraph 138, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

139. As to paragraph 139, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

140. As to paragraph 140, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

141. As to paragraph 141, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

142. As to paragraph 142, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

143. As to paragraph 143, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

144. As to paragraph 144, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

145. As to paragraph 145, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

146. As to paragraph 146, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

147. As to paragraph 147, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

148. As to paragraph 148, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

149. As to paragraph 149, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

150. As to paragraph 150, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

151. As to paragraph 151, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

152. As to paragraph 152, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

153. As to paragraph 153, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

154. As to paragraph 154, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

155. As to paragraph 155, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

156. As to paragraph 156, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

157. As to paragraph 157, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time

in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

158. As to paragraph 158, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

159. As to paragraph 159, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

160. As to paragraph 160, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

161. As to paragraph 161, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

162. As to paragraph 162, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

163. As to paragraph 163, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

164. As to paragraph 164, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

165. As to paragraph 165, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

166. As to paragraph 166, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

167. As to paragraph 167, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

168. As to paragraph 168, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

169. As to paragraph 169, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

170. As to paragraph 170, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

171. As to paragraph 171, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

172. As to paragraph 172, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

## IV. DEFENDANTS CORIZON AND YARID

173. As to paragraph 173, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

174. As to paragraph 174, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

175. As to paragraph 175, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

176. As to paragraph 176, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

177. As to paragraph 177, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent

allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

178. As to paragraph 178, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

179. As to paragraph 179, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

180. As to paragraph 180, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

181. As to paragraph 181, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the

medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

182. As to paragraph 182, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

183. As to paragraph 183, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

184. As to paragraph 184, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

185. As to paragraph 185, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time

in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

186. As to paragraph 186, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

187. As to paragraph 187, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

188. As to paragraph 188, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

189. As to paragraph 189, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

190. As to paragraph 190, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

191. As to paragraph 191, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

192. As to paragraph 192, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

193. As to paragraph 193, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

194. As to paragraph 194, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

195. As to paragraph 195, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

196. As to paragraph 186, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

197. As to paragraph 197, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

**COUNT I. DEPRIVATION OF RIGHTS GAURANTEED BY THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION THROUGH DELIBERTE INDIFFERENCE TO SERIOUS MEDICAL NEEDS**

**(Defendants Corizon/Quality Correctional Care of Michigan, P.C., Kocha, Bohjanen, Alford, Ghasemi and Yarid)**

198. As to paragraph 198, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

199. As to paragraph 199, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

200. As to paragraph 200, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

201. As to paragraph 201, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

202. As to paragraph 202, this Defendant neither admits nor denies the allegations for

the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

203. As to paragraph 203, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

204. As to paragraph 204, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

205. As to paragraph 205, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

206. As to paragraph 206, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

207. As to paragraph 207, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

208. As to paragraph 208, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

209. As to paragraph 209, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

210. As to paragraph 210, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

211. As to paragraph 211, t this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

212. As to paragraph 212, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

213. As to paragraph 213, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not

true.

214. As to paragraph 214, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

215. As to paragraph 215, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

216. As to paragraph 216, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

**COUNT II. COMMON-LAW NEGLIGENCE**

**(Defendants Ghasemi, Alford, Yardi, Quality Correctional Care of Michigan, P.C. and Corizon)**

217. As to paragraph 217, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

218. As to paragraph 218, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not

true.

219. As to paragraph 219, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

220. As to paragraph 220, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

221. As to paragraph 221, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

222. As to paragraph 222, this Defendants neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

223. As to paragraph 223, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

224. As to paragraph 224, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be

construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

**COUNT III. MEDICAL MALPRACTICE**

**(Defendants Bostwick, Bohjanen, Kocha, Ghasemi, Alford, Yarid, Quality Correctional Care of Michigan, P.C. and Corizon)**

225. As to paragraph 225, this Defendant incorporations his responses to paragraphs 1-224 by reference, as if fully set forth herein.

**A. Defendant Bostwick**

226. As to paragraph 226, this Defendant admits same.

227. As to paragraph 227, this Defendant admits same.

228. As to paragraph 228, this Defendant admits that there are certain duties imposed by the common law and by the statutes of the State of Michigan, but state that this paragraph does not fully and completely set forth those duties, is not a full and complete statement of the law, nor does it limit nor define those duties; therefore this Defendant leaves Plaintiff to his proofs on each and every item, including breach of a duty owed, proximate cause and damages.

229. As to paragraph 229, this Defendant denies the allegation for the reason that they are untrue.

230. As to paragraph 230, this Defendant denies the allegations in the form and manner pled as they are an inaccurate and/or incomplete statement of facts as they existed during the time in question. In further answer, to the extent that this allegation references or is based upon the medical record, this Defendant states that the medical record speaks for itself and any inconsistent allegations are denied. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

231. As to paragraph 231, this Defendant denies the allegation for the reason that they are untrue.

232. As to paragraph 232, this Defendant denies the allegation for the reason that they are untrue.

233. As to paragraph 233, this Defendant denies the allegation for the reason that they are untrue.

**B. Defendant Bohjanen**

234. As to paragraph 234, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

235. As to paragraph 235, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

236. As to paragraph 236, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

237. As to paragraph 237, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

238. As to paragraph 238, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

239. As to paragraph 239, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

240. As to paragraph 240, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

241. As to paragraph 241, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

**C. Defendant Kocha**

242. As to paragraph 242, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

243. As to paragraph 243, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be

construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

244. As to paragraph 244, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

245. As to paragraph 245, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

246. As to paragraph 246, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

247. As to paragraph 247, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

248. As to paragraph 248, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

249. As to paragraph 249, this Defendant neither admits nor denies the allegations for

the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

250. As to paragraph 250, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

251. As to paragraph 251, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

**D. Defendants Ghasemi and Alford**

252. As to paragraph 252, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

253. As to paragraph 253, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

254. As to paragraph 254, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not

true.

255. As to paragraph 255, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

256. As to paragraph 256, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

257. As to paragraph 257, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

258. As to paragraph 258, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

**E. Defendant Yarid**

259. As to paragraph 259, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

260. As to paragraph 260, this Defendant neither admits nor denies the allegations for

the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

261. As to paragraph 261, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

262. As to paragraph 262, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

263. As to paragraph 263, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

264. As to paragraph 264, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

**F. Defendant Corizon/Quality Correctional Care of Michigan, P.C.**

265. As to paragraph 265, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not

true.

266. As to paragraph 266, this Defendant neither admits nor denies the allegations for the reason that these allegations do not apply to them. Inasmuch as these allegations may be construed as acts of negligence against this Defendant, they are denied for the reason they are not true.

WHEREFORE, this Defendants requests a Judgment of No Cause for Action and that they be awarded costs and attorney fees so wrongfully incurred.

Respectfully submitted,

TANOURY, NAUTS, McKINNEY,
& DWAIHY, PLLC

By: */s/ Paul J. Dwaihy*
PAUL J. DWAIHY (P66074)
CHRISTOPHER A. KWIECIEN (P77878)
Attorneys for Def Dr. Todd Bostwick
38777 Six Mile Road, Ste. 101
Livonia, MI 48152
(313) 964-4500

DATED: May 5, 2022

## AFFIRMATIVE DEFENSES

NOW COME Defendant, DR. TODD K. BOSTWICK, by and through his attorneys, TANOURY, NAUTS, MCKINNEY & DWAIHY, PLLC, stating as follows for his Affirmative Defenses:

1. Discovery and/or investigation may reveal that some or all of Plaintiff's Complaint is barred by the applicable Statute of Limitations and/or Statute of Repose.

2. That Plaintiff's Complaint is deficient in that it fails to state a claim upon which relief can be granted. In particular, Plaintiff has alleged claims of professional negligence against entities which do not exist. Plaintiff is hereby put on notice that this Defendant will seek dismissal

of same if Plaintiff does not agree to voluntarily dismiss same. Further, Plaintiff has alleged institutional claims of negligence against this Defendant which are not actionable due to failure to comply certain requirements of Michigan Law governing professional negligence actions. Plaintiff is hereby put on notice that this Defendant will seek dismissal of same if Plaintiff does not agree to voluntarily dismiss same.

3. To the extent Plaintiff failed to comply with the notice provisions of MCL 600.2912b; MSA 27A.2912b, Plaintiff's action is barred and this Defendant gives notice that they will move for summary disposition.

4. To the extent that claims made by Plaintiff exceed or differ from those contained in the Notice of Intent to File Claim pursuant to MCL 600.2912(b), these are barred pursuant to MCL 600.2912(b)(1). Defendants aver that Plaintiff may have failed to articulate specific claims against any or each of the named defendants in the Notice of Intent as required by statute and case law interpreting MCL 600.2912(b).

5. That Plaintiff failed to file an Affidavit of Merit that meets the requirements of MCL 600.2912d against this Defendant, or any agents thereof, including, but not limited to, the requirements of MCL 600.2912d(1)(a), (b), (c), and (d) and the requirement that the Affidavit be signed by an expert who the Plaintiff's attorney reasonably believes meets the expert witness requirements of MCL 600.2169, and that Plaintiff's action is thus barred.

6. Plaintiff's Affidavit of Merit does not sufficiently specify the element of proximate cause pursuant to MCL 600.2912d(1)(d), because it fails to describe the manner in which this Defendant's actions caused the damages claimed by Plaintiff as asserted in said Affidavit of Merit.

7. In the event that Plaintiff's experts do not meet the requirements as articulated in MCL 600.2169(1)(a), as held by the Michigan Supreme Court in *Halloran v. Bhan*, et al., 470

Mich 572 (2004), then this Defendant gives notice that they will move to strike Plaintiff's experts should discovery reveal said lack of qualifications.

8. That this Defendant expressly asserts, relies upon, and does not waive the protections and provisions available to them pursuant to the Revised Judicature Act and all statutes of the State of Michigan, specifically including, but not limited to, MCL 600.1483, 600.2102, 600.2169, 600.2912a-h, 600.5838a, 600.6013 and 600.6304.

9. That to the extent Plaintiff may have violated MCL 600.2912b(5), in failing to identify care providers and give this Defendant access to medical records or authorizations for his release within the time provided by statute, the protections of MCL 600.2912e(2) apply and are expressly asserted.

10. That Plaintiff has failed to comply with the statutory requirements for filing a medical malpractice claim under Michigan law, including, but not limited to failing to comply with the notice provisions of MCL 600.2912b, Plaintiff's action is thus barred and this Defendant gives notice that they will move for summary disposition and/or seek the appropriate remedy for said failure.

11. That Plaintiff is barred from raising any claim that is not included in his Notice of Intent, Affidavit of Merit, and/or Complaint.

12. To the extent Plaintiff's Complaint can be interpreted as including claims of ordinary negligence, those claims are not actionable. *See, e.g.*, *Bryant v Oakpointe Villa*, 471 Mich 411 (2004).

13. That to the extent any damages exist, a non-party may be partially or wholly at fault for any damages alleged in this case. Defendant hereby reserves the right to request, pursuant to MCR 2.112(K), the jury to assess the fault of a non-party, if, during the course of discovery, it is

substantiated that a non-party may have contributed to the alleged injuries set forth in the Complaint.

14. That the damages claimed by Plaintiff were not proximately caused by the actions of this Defendant.

15. That if the facts show that any alleged damages sustained by Plaintiff were proximately caused by her own negligence or willful acts, any recovery by Plaintiff must, therefore, be diminished in whole or in part; and, that this Defendant may rely on the defense of comparative negligence if the facts so show.

16. This Defendant exercised reasonable and appropriate conduct under the circumstances then and there existing, and that the alleged injuries occurred because of intervening and/or superseding causes over which this Defendant had no control.

17. That any acts performed by this Defendant, were with the consent, express or implied, of Plaintiff.

18. That this Defendant may rely on the defense of failure to mitigate damages if the facts so show.

19. That the damages claimed by Plaintiff were caused in whole or in part by a pre-existing condition.

20. This Defendant specifically denies all allegations or implications of negligence or malpractice, and affirmatively states that all applicable standard of practice was observed during treatment rendered to Plaintiff by this Defendant.

21. Plaintiff's claims may be barred under the equitable doctrines of waiver, estoppel, unclean hands and/or laches.

22. Plaintiff's claims for recovery for expenses, which were paid or are payable in whole or in part by a collateral source, are barred by virtue of MCL 600.6303.

23. Plaintiff may be in violation of MCL 333.20202.

24. This Defendant may be entitled to a determination of the percentage of fault on the part of others, and reduction or credit against any money judgment consistent with the determination of the percentage of fault of others.

25. This Defendant rely upon application of each and every provision of the medical malpractice tort reform act, MCLA 600.1483 et seq, including but not limited to applicable caps on non-economic damages.

26. That in the event Plaintiff has or may have entered into a release of another who caused injury to Plaintiff, then this Defendant will rely upon and insist that this Defendant be entitled to the benefit of said release and if in fact this Defendant was released in whole or in part and in the event that it is found that Defendant were not thereby released, Defendant is entitled to a setoff of damages in whole or in part for the amount received by Plaintiff as part of said settlement or alternatively entitled to a percentage allocation of fault to be attributable to said tortfeasor.

27. That any applicable section of MCL 600.6305 applies including, but not limited to, calculation and reduction of future damages or judgments. This Defendant further asserts that the reduction to present day value should be calculated on a compound interest method, as opposed to a simple reduction, since, to allow Plaintiff to calculate future damages utilizing a compound interest rate, but reducing those damages on a simple interest method, amounts to an unconstitutional taking and thus, this provision is and should be deemed unconstitutional.

28. That Plaintiff is bound by all applicable sections of MCL 600.6013 including, but not limited to, the fact that interest shall not be allowed on future damages from the date of filing the Complaint to the date of entry of any judgment.

29. Any claims of gross negligence should be stricken as they are improperly pled. Please see *Mallory v Detroit*, 181 Mich App 121, 125 (1989); *Malcom v East Detroit*, 180 Mich App 633, 643 (1989) *reversed on other grounds,* 437 Mich 132 (1991).

30. This Defendant denies any alleged contract existing between him and the Plaintiff and deny a breach of any contract existing between the parties and states that any allegations referable to contract are insufficient with respect to the subject of consideration, and particularly said allegations are barred as a matter of law.

31. That any and all claims of breach and/or expressed contract, or warranty of care, or of specific result are hereby barred and rendered unenforceable pursuant to the provisions of Public Act No. 343 of 1974, MCLA 566.132, Section 2G, being the Michigan Statute of Frauds.

32. Defendant will move for dismissal based upon lack of capacity to sue, prior release, payment, prior judgment, immunity, disability or prior disposition of the claim by the moving party, if the facts shall so show.

33. If, during the pendency of this matter, Plaintiff should name additional defendants, then this Defendant hereby gives notice of his intent to adopt by reference Affirmative Defenses filed on behalf of those parties.

34. This Defendant reserves the right to add to their Answer and rely upon all Affirmative Defenses that may become known hereafter by way of discovery.

Respectfully submitted,

TANOURY, NAUTS, McKINNEY,

& DWAIHY, PLLC

By: */s/ Paul J. Dwaihy*
PAUL J. DWAIHY (P66074)
CHRISTOPHER A. KWIECIEN (P77878)
Attorneys for Def Dr. Todd Bostwick
38777 Six Mile Road, Ste. 101
Livonia, MI 48152
(313) 964-4500

DATED: May 5, 2022

**RELIANCE ON JURY DEMAND**

NOW COME Defendant, DR. TODD K. BOSTWICK, by and through his attorneys, TANOURY, NAUTS, MCKINNEY & DWAIHY, PLLC, for their reliance on the Jury Demand previously filed by Plaintiff in the above titled action.

Respectfully submitted,

TANOURY, NAUTS, McKINNEY,
& DWAIHY, PLLC

By: */s/ Paul J. Dwaihy*
PAUL J. DWAIHY (P66074)
CHRISTOPHER A. KWIECIEN (P77878)
Attorneys for Def Dr. Todd Bostwick
38777 Six Mile Road, Ste. 101
Livonia, MI 48152
(313) 964-4500

DATED: May 5, 2022

**CERTIFICATE OF SERVICE**

Milad Yatooma, an employee with the law firm of Tanoury Nauts McKinney & Dwaihy, PLLC, being first duly sworn, deposes and says that on May 5, 2022, she caused a copy of this document to be served upon all parties of record, via MIFILE.

By: */s/ Milad Yatooma*
Milad Yatooma