UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

William Kelly

    Plaintiff,

v.

Corizon Health, Inc., et al.

    Defendants.

Case No: 2:22-cv-10589
District Judge: Terrence G. Berg
Magistrate Judge: David R. Grand

| MARGOLIS & CROSS | CHAPMAN LAW GROUP |
|---|---|
| Ian T. Cross (P83367) | Jonathan C. Lanesky (P59740) |
| Laurence H. Margolis (P69635) | Nicholas B. Pillow (P83927) |
| *Attorneys for Plaintiff* | *Attorneys for Corizon Health, Inc.,* |
| 214 S. Main St., Suite 200 | *Quality Correctional Care of Michigan,* |
| Ann Arbor, MI 48104 | *Richard Bohjanen, M.D.; Ravi Yarid, D.O.;* |
| (734) 994-9590 | *Danielle Alford, P.A., Joshua Kocha, P.A.,* |
| ian@lawinannarbor.com | *and Leila Ghasemi, N.P.* |
| | 1441 West Long Lake Rd., Suite 310 |
| TANOURY, NAUTS, MCKINNEY, & DWAIHY, PLLC | Troy, MI 48098 |
| Paul J. Dwaihy (P66074) | (248) 644-6326 |
| Christopher Kwiecien (P77878) | jlanesky@chapmanlawgroup.com |
| Attorneys for Todd Bostwick, M.D. | npillow@chapmanlawgroup.com |
| 38777 Six Mile Rd., Ste. 101 | |
| Livonia, MI 48152 | |
| (313) 964-4500 | |
| Paul.dwaihy@tnmdlaw.com | |
| Christopher.kwiecien@tnmdlaw.com | |

**STIPULATED PROTECTIVE ORDER**

WHEREAS, Plaintiff has indicated his intent to request in written discovery that Defendant Corizon Health, Inc., produce certain information and documents in its actual or constructive possession which Defendants Corizon Health, Inc., Joshua

1

Kocha, P.A., Daniel Alford, P.A., Leila Ghasemi, N.P. Dr. Richard Bohjanen, and Dr. Ravi Yarid ("Corizon Defendants") consider to be confidential, including, *inter alia*, sensitive correctional, personal, medical, and private business operation information, namely, as follows:

- portions of the policy & procedure manuals, quality improvement manuals, guidelines, orientation materials, and training materials of Corizon;
- personal information, including portions of personnel records, employment/disciplinary files, performance reviews and evaluations of medical staff;

(collectively "Confidential Information") and, therefore, the parties have mutually agreed that the aforementioned Confidential Information should be treated as highly confidential for reasons including privacy, security, proprietary interests, and business trade secrets, therefore, have mutually agreed that a protective order limiting the Confidential Information's use, access, and disclosure should be entered; and the Court being otherwise fully informed;

**IT IS HEREBY ORDERED** that, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, any party receiving such Confidential Information from Corizon Defendants, through the discovery process in this case (the Receiving Party) and such Receiving Party's counsel will use such Confidential Information only for the purposes of this Case No. 2:22-cv-10589 (the "Action") and will keep such

Confidential Information confidential and will not disclose or disseminate such Confidential Information except to the following:

    i.    Attorneys of record in this Action and secretaries, paralegals, law clerks and support staff employees to whom, in the opinion of the attorney of record for the receiving party, it is necessary that the information be disclosed for purposes of the Action

    ii.    Any person who is not an employee or business consultant of a party and who is retained by a party or its attorneys of record in this Action solely as an independent expert for the purposes of this Action and who agrees in writing to be bound by the terms of this Protective Order. The independent expert must complete and sign a Confidentiality Statement agreeing to be bound by the terms of this protective order. A copy of that Confidentiality Statement must be given to Corizon Defendants' counsel before access is allowed to the Confidential Information.

    iii.    Court reporters, stenographers, clerks, law clerks, and other court personnel employed by the Court, and court reporters, videographers, and/or stenographers at depositions.

    iv.    All persons specifically engaged by a party for the purpose of supporting a party's litigation effort (including, but not limited to firms engaged in the processing, hosting, and/or facilitating the review of documents

       produced to a party; making photocopies; preparing demonstrative aids for hearing or trial; conducting or participating in jury studies and/or research; mediating the parties' dispute; or conducting case assessments); so long as each respective vendor or contractor has a confidentiality agreement in place with retaining counsel or party that would cover the information in question.

    v.    The author or recipient of the document (not including a person who received the document solely in the course of the Action)

    vi.    To a deponent in the course of a deposition, and as necessary to use such Confidential information in compliance with E.D. Mich. LR 26.4(b).

    vii.    The Court and its personnel.

This Order shall survive the termination of this action, and shall remain in effect until modified, superseded, or terminated by order of the Court or by agreement of the parties.

Any person who violates this Order may be subject to sanctions, including injunctive relief, contempt orders, monetary damages, or other penalties to be determine by the Court.

This document does not authorize the filing of any documents under seal. Documents may be sealed only if authorized by statute, rule, or order of the Court.

    **IT IS SO ORDERED.**

                                            /s/Terrence G. Berg_____
                                            Terrence G. Berg
                                            United States District Judge

Dated: May 9, 2022

Respectfully Submitted,

*/s/ Laurence H. Margolis (w/permission)*
MARGOLIS & CROSS
Ian T. Cross (P83367)
Laurence H. Margolis (P69635)
Attorneys for Plaintiff
214 S. Main St., Suite 200
Ann Arbor, MI 48104
(734) 994-9590
ian@lawinannarbor.com


*/s/ Nicholas B. Pillow*
CHAPMAN LAW GROUP
Jonathan C. Lanesky (P59740)
Nicholas B. Pillow (P83927)
Attorneys for Corizon Health, Inc.,
Quality Correctional Care of Michigan,
Richard Bohjanen, M.D.; Ravi Yarid, D.O.;
Danielle Alford, P.A., Joshua Kocha, P.A.,
and Leila Ghasemi, N.P.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com


*/s/ Christopher Kwiecien (w/ permission)*
TANOURY, NAUTS, MCKINNEY, &
DWAIHY, PLLC
Paul J. Dwaihy (P66074)
Christopher Kwiecien (P77878)
Attorneys for Todd Bostwick, M.D.

38777 Six Mile Rd., Ste. 101
Livonia, MI 48152
(313) 964-4500
Paul.dwaihy@tnmdlaw.com
Christopher.kwiecien@tnmdlaw.com