# Transcript of the Testimony of

# Dr. Robert Lacy

**Date:**

March 14, 2019

## Eddie Spiller v. Jeffrey Stieve

American Reporting, Inc.
Phone: 248-559-6750
Fax: 248-559-9919
Email: scheduling@american-reporting.com
Internet: american-reporting.com

Case 2:22-cv-00389-JRG-RSP Document 52-16 Filed 04/05/23 Page 2 of 30
Case 1:22-cv-00389-JRG-RSP Document 62-16 Page ID.5493 Filed 04/15/22 Page 64 of 230

Dr. Robert Lacy                                      Eddie Spiller v. Jeffrey Stieve

|    |    |    |
|----|----|----|
| 1  |    | that should all go on the 407 and, you know, in one case |
| 2  |    | it may be that I think somebody has an ACL tear and their |
| 3  |    | anterior drawer test is, you know, I can push the knee and |
| 4  |    | it's unstable, you know, that we would actually probably |
| 5  |    | want them to get an MRI first and then go see the |
| 6  |    | specialist because the specialist most of the times |
| 7  |    | will -- they'll do the visit and they'll ask for an MRI, |
| 8  |    | then we'll get the MRI and have to send the visit -- the |
| 9  |    | person back.  So, you know, depending on -- it depends on |
| 10 |    | what it is. |
| 11 | Q. | (By Mr. Altman)  I understand that, but I am not talking |
| 12 |    | about the details.  You still train these doctors to |
| 13 |    | properly -- I think you said fill out a 407 request, |
| 14 |    | right? |
| 15 | A. | We tell them what we are looking for in a 407 request, |
| 16 |    | yes. |
| 17 | Q. | And isn't your presumption that your doctors listen to |
| 18 |    | you? |
| 19 | A. | It is. |
| 20 | Q. | And that if a doctor fills out a 407 that because you |
| 21 |    | trained them, they know the criteria to put on a 407? |
| 22 |    | MS. VAN THOMME:  Object to form and foundation. |
| 23 |    | THE WITNESS:  It is and we track to see -- we track |
| 24 |    | to see what percentages people are getting of approvals |
| 25 |    | and denials, because we want people to achieve something |

| | | |
|---|---|---|
| 1 | | like a 90 -- 90 percent approval rate, so if they are |
| 2 | | getting, like, a 50 percent approval rate, then they are |
| 3 | | not doing something right.  Either they are not filling it |
| 4 | | out right with the information that we need or they are |
| 5 | | asking for too many things that are just, you know, |
| 6 | | unnecessary, they are not doing the steps that could be |
| 7 | | done in the right order, so in that case, we would go back |
| 8 | | and try to retrain that person. |
| 9 | Q. | (By Mr. Altman)  Is it also possible that Corizon has been |
| 10 | | unreasonably denying 407s? |
| 11 | | MS. VAN THOMME:  Object to form. |
| 12 | | THE WITNESS:  I don't think so. |
| 13 | Q. | (By Mr. Altman)  How do you know? |
| 14 | A. | Because the alternative treatment plans that I've seen |
| 15 | | most of the time, I agree with them. |
| 16 | Q. | Do you think it's appropriate to send a -- to send a |
| 17 | | person for physical therapy, for a non-orthopedist to |
| 18 | | decide to send a person for physical therapy without an |
| 19 | | orthopedist approving that physical therapy? |
| 20 | | MS. VAN THOMME:  Object to form and foundation. |
| 21 | Q. | (By Mr. Altman)  Let me take a step back. |
| 22 | A. | I think -- |
| 23 | Q. | Hold on.  Hold on.  There's a big difference -- |
| 24 | A. | I'd like to answer that question. |
| 25 | Q. | No, I'm withdrawing that.  There's a big difference |