


# Introduction to Utilization Management

The Corizon Utilization Management Department receives outpatient service requests (called 407s) from different sites within the company. The UM department reviews each request to ensure that it follows our policies and procedures, and that the appropriate authorization by the Outpatient Medical Director (OMD) is in place.

Requests are entered and reviewed in electronic medical record (EMR). This process occasionally requires additional contact with the requesting practitioner to collect all the clinical information that is needed to complete a review. Our outpatient UM nurse reviews all cases and refers those in need of secondary review to the OMD.

Inpatient hospitalizations are pre-approved by the OMD prior to admission for all *non-emergent* admissions. Concurrent monitoring of inpatient services is the shared responsibility of the inpatient case managers and the Inpatient Medical Director (IMD). Case managers provide a daily report for all hospitalized patients to the IMD, Regional Medical Directors (RMD) and State Medical Director (SMD).

Discharge planning from the hospital begins on day of admission. All inpatients must have an effective treatment plan that includes realistic treatment goals and a credible discharge plan.