# Michigan DOC and Quality Correctional Care of Michigan, PC
# Specialty Consultation (407) Standard Operating Protocol

### Background:

The MP should submit consultation requests only after the history & physical, applicable laboratory and diagnostic data have been obtained **and** appropriate conservative management has failed. The MP must be assured that the specialty referral is supported by evidence-based medicine.

### Definitions:

**Routine 407-** Any specialty request which is medically necessary and not emergent or urgent and is submitted within 60-days of the requested service.

**Urgent 407-** A specialty request which is medically necessary and warrants the *patient be seen by the consultant within 72 hours* of completing the 407 request form.

**Emergent Need**: The patient's medical condition *may require they be sent to the Emergency Department after notification of the on-call practitioner* for evaluation and treatment.

**Urgent 407**: See definition above;
The MP is to provide the same clinical information requested in Routine 407s and also do the following:
- Email the completed 407 to the "407 group" in the EMR email system & indicate **"URGENT"** in the subject line of the message.
- Call the CORIZON HEALTH Regional office @ **517-827-3200**. Tell the receptionist you have an URGENT 407 and ask to speak to the OMD.

*(CORIZON HEALTH Receptionist will route the call to OMD, UM RN or SMD in order of availability with the goal of connecting the caller to a live person who can assist them. The MP should not leave a voice mail regarding an Urgent 407.)*

### Procedure for Submitting 407 Requests:

1. The Offsite Coordinator onsite will receive a 407 request from the practitioner via the "407 group" email in the EMR and open an event in MTRAX.

2. CORIZON UM staff will receive the 407 request at the same time via the "407 group" email in the EMR.

3. The CORIZON UM office will provide an initial response to the 407 in the EMR and MTRAX within 3 business days of receiving it. (SEE *Approval, More Information and Alternative Treatment Plan* below)

4. The requesting practitioner will follow-up on all their outstanding 407s daily. **(Note: It is the primary responsibility of the practitioner initiating the consultation to follow-up on a 407 request until it has been resolved.)**

3

5. The responsible practitioner will contact the CORIZON UM Outpatient Nurse and/or the OMD, if they have not received a written response in MTRAX after 3 business days of verifying a 407 request was emailed to the UM office. (SEE Additional contact information below)

**\*\*DO NOT RESEND 407 REQUESTS UNLESS INSTRUCTED TO DO SO BY A CORIZON HEALTH UM STAFF MEMBER \*\***

### Approved 407:

1. CORIZON HEALTH UM staff will enter the approval into the EMR and email it to the offsite Coordinator and the requesting MP via the "407 group" in the EMR email system. They will also enter an approval decision along with an authorization number for the appropriate 407 in MTRAX.

2. The Offsite Coordinator will reviews MTRAX update daily and may inform the practitioner that the 407 has been approved.

3. The Offsite Coordinator will proceed in making the appointment for the authorized 407 request and document the appointment date in MTRAX.

4. The Offsite Coordinator is responsible for completing all applicable documentation in MTRAX once an authorization has been given thus closing out the event.

### Alternative Treatment Plan:

1. CORIZON HEALTH UM staff will enter the alternative treatment plan into the EMR and email it to the offsite Coordinator, the requesting MP, the CORIZON HEALTH RMDs and the MDOC CMO and RMO via the "407 group" in the EMR email. CORIZON HEALTH staff will also enter the alternative treatment plan into MTRAX.

2. If the MP does not believe that the alternative treatment plan is reasonable and appropriate, they are to follow the current 407 Appeal Process, documenting such in the EMR. (See Specialty Consultation Appeal Process Standard Operating Protocol)

3. If the MP does agree with the suggested alternative treatment plan, they will inform the patient of the treatment plan, execute the alternative treatment plan and document this in the EMR.

4. The Offsite Coordinator will close out the event in MTRAX once the practitioner has accepted the alternative treatment plan.

5. If the suggested alternative treatment plan does not result in a clinically acceptable outcome, then the MP will initiate a new 407 request with the most recent clinical data supporting the specialty consultation. This request will be handled as above.

4

## More Information:

1. CORIZON HEALTH UM staff will request additional information from the MP via the "407 group" in the EMR email system and will note in MTRAX that additional information is being requested.

2. The MP will provide CORIZON HEALTH UM Staff with the requested information within 3 business days from the date of the EMR email and entry in MTRAX. The CORIZON HEALTH UM staff will notify the offsite Coordinator, the requesting MP and the CORIZON HEALTH RMD, via the EMR email, if the additional information has not been received within 3 days. If the additional information is not received within another 3 business days (6 total), the 407 request is given an Alternative Treatment Plan which includes the MP reassessing the patient and submitting a new 407 request including the previously requested information. The CORIZON HEALTH UM staff will upload any faxed (EKGs, medical records, pathology reports) information into the Mtrax entry for the specific 407. The 407 request will then be reviewed by CORIZON HEALTH UM staff after considering the additional information and enter either an Approval or Alternative Treatment Plan in the EMR and MTRAX, as well as send the final review to the 407 group.

3. See "Approved 407" and "Alternative Treatment Plan" for directions.

## CORIZON HEALTH UM Staff:

- **Nicolle Reslock, RN, CCHP, UM Director *(all questions)***
- **Regina Walker, RN, Inpatient Case Manager for all other Community Hospitals *(inpatient questions)***
- **Jeanne Ghiardi, RN, Inpatient Case Manager for Allegiance Hospital *(inpatient questions)***
- **Lori Minor, RN, Outpatient Nurse *(outpatient questions)***
- **Karen Duckworth, RN, CHPN, CHOICES Manager**
- **Carol Peacock, RN, OCN, Oncology Manager**
- **Jenda Cole, Oncology Clerical Assistant**
- **Nikkida Price, Inpatient Clerical Assistant**
- **Tressa Hagemann/Jessica Gardner – Outpatient UM Clerical Assistants**

## Appointment Scheduling:

- **Facilities cannot send patients to specialty visits without an authorization number.**

## CORIZON HEALTH Regional Office Information:

Operating Hours: 8am to 5pm, Monday through Friday
1(800) 216-4919 or 517-827-3200
Fax 1(800)216-1826 or 615-309-6526
Revised Date: June 23, 2015

5