# Index of Exhibits

**Ex. 1**: Email from Karen Davies to Brevard County Sheriff's Dept., June 2, 2022

**Ex. 2**: Email from Stacie Koch to Wyoming DOC client, June 3, 2022

**Ex. 3**: Email from Corizon's counsel to Plaintiff's counsel, July 20, 2022

**Ex. 4**: University of Missouri Complaint

**Ex. 5**: Blue Cross Blue Shield of Michigan Complaint

**Ex. 6**: Excerpt from March 17, 2021 Best and Final Offer to Missouri DOC, containing contracts gained and lost over previous five years and list of clients

**Ex. 7**: YesCare May 16, 2022 press release

**Ex. 8**: Arizona Department of Corrections announcement of healthcare contract award

**Ex. 9**: Corizon current active federal cases, Arizona

**Ex. 10**: Ernst & Young consolidated financial statements of the Corizon family of entities, 2010-2011

**Ex. 11**: Yescare Corp. Certificate of Formation

**Ex. 12**: Sara Tirschwell marketing op-ed, accessed 6-28-22

**Ex. 13**: Florida Annual Report for Corizon Health, Inc., April 19, 2022

**Ex. 14**: CHS Care TX LLC Certificate of Formation

**Ex. 15**: Corizon Health, Inc. conversion from Delaware corp. to Texas corp., April 28, 2022

**Ex. 16**: Valitas Health Services, Inc. conversion from Delaware corp. to Texas corp., April 28, 2022

**Ex. 17**: Visual diagram of Corizon/YesCare restructuring transaction

**Ex. 18**: Four-way Texas merger of Corizon Health, Inc., Valitas Health Services, Inc., Corizon, LLC, and Corizon Health of New Jersey, LLC

**Ex. 19**: Corizon Health, Inc./CHS TX, Inc. Texas divisional merger filing

**Ex. 20**: May 13, 2022 email to St. Clair County Jail administrator, subject: "Excited to announce that Corizon Health is now YesCare"

**Ex. 21**: Email from Karen Davies to Brevard County Sheriff's Office, 5-13-2022

**Ex. 22**: UCC-1 Financing Statement for Yescare Corp., May 16, 2022

**Ex. 23**: UCC-1 Financing Statement for CHS TX, Inc., May 16, 2022

**Ex. 24**: UCC-3 Release of lien on Corizon, LLC in Missouri, May 20, 2022

**Ex. 25**: New Jersey financing statements for Corizon Health of New Jersey, LLC

**Ex. 26**: Original Corizon, LLC UCC-1 Financing Statement filed in Missouri

**Ex. 27**: Corizon Health, Inc. Changes name to Tehum Care Services, Inc., June 1, 2022

**Ex. 28**: Corizon April 2017 recapitalization press release

**Ex. 29**: "Flacks Group takes a longer-term view on Corizon and reduces its debt," Nashville Business Journal article re-posted on Flacks Group website

**Ex. 30**: Email from Jennifer Finger to Steve Tomlin, June 1, 2022

**Ex. 31**: Jennifer Finger's edits to MOU, file name "20-O-BJA-2022- 171096 SUD Reentry Grant_MOU_LM edits 06.1.22"

**Ex. 32**: Yescarecorp.com Careers webpage, accessed 7-19-2022

**Ex. 33**: Sara Tirschwell bio from Corizon's website

**Ex. 34**: YesCare Client Q&A sent to Corizon clients on May 13, 2022

**Ex. 35**: Executive Bios from Corizon's February 2021 bid for Indiana DOC health-care contract

**Ex. 36**: Choosing YesCare webpage

**Ex. 37**: Choosing Corizon- Client Testimonals webpage

**Ex. 38**: Org chart from February 1, 2021 Indiana DOC bid materials