📖 Visit OpenBooks   👤 Ombudsman-Citizens Aide   Get the facts on COVID-19

🔍 Search AZ.Gov



Search ADC

Select Language ▾

Powered by Google **Translate**

# Inmate Correctional Healthcare Contract Awarded

January 18, 2019



## NEWS RELEASE
## For Immediate Release

PHOENIX (Friday, January 18, 2019) – The Arizona Department of Corrections (ADC) has awarded a contract to deliver inmate correctional healthcare services to Centurion of Arizona, LLC.

The award concludes the Request for Proposal (RFP) solicitation process that began June 1, 2018 (ADOC18-00008264).

During the RFP process, five bid proposals were received by the department. The department evaluated all submitted proposals, and concluded Centurion's offer to be the most competitive and in the state's best interest. As a result, ADC accepted Centurion's bid of $204,709,753 million annually (or $16.604 per inmate per day) to provide comprehensive inmate healthcare services at ADC's ten state-run prison facilities. The contract is for two (2) years with three (3) one-year renewal options.

The contract with Centurion to assume its correctional healthcare responsibilities is effective July 1, 2019. ADC's current inmate healthcare provider, Corizon, will continue to perform its existing contractual obligations, and is expected to work with ADC, and Centurion, to ensure a smooth transition of existing services.

In 2011, ADC was required by law to privatize correctional health services in all its state-operated prisons.

The RFP required solicitation documents will be publicly posted on the state's ProcureAZ website at: https://procure.az.gov/bso (https://procure.az.gov/bso)

Additionally, the contract will be posted on the state's new Arizona Procurement Portal at: https://appstate.az.gov (https://appstate.az.gov)

###

Visit our website at corrections.az.gov (https://corrections.az.gov) and follow us on Twitter (https://twitter.com/azcorrections) and Facebook (https://www.facebook.com/AZCorrections)

© 2022 Copyright Arizona Department of Corrections, Rehabilitation & Reentry

Contact Us | Sign In | Privacy Policy | Web Page Disclaimer