An official website of the United States government.   Here's how you know. ⌄          Log in to PACER Systems →

 Party Search Results

**Search Criteria:** Party Search; Court ID: [AZ]; Case Status: [Open]; Last Name: [corizon]
**Result Count:** 53 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title |
| --- | --- | --- |
| Corizon (dft) | 2:2019cv04991 | Strong #256997 v. Pratt et al |
| Corizon (dft) | 2:2020cv00376 | Gutierrez-Valencia #091102 v. Ry et al |
| Corizon (dft) | 2:2020cv01597 | Powers #069618 v. Shinn et al |
| Corizon (dft) | 2:2020cv01893 | Reid v. Centurion et al |
| Corizon Correctional Healthcare (dft) | 2:2019cv04548 | Mitchell v. Arizona Department of Corrections et al |
| Corizon Correctional Healthcare Incorporated (dft) | 4:2021cv00357 | Branum v. Phoenix, City of et al |
| Corizon Health (dft) | 2:2020cv00582 | O'Hara #103406 v. Corizon Healtl al |
| Corizon Health (dft) | 2:2020cv01799 | Aguilar #164186 v. Shinn et al |
| Corizon Health (dft) | 2:2020cv01804 | Runge v. Shinn et al |
| Corizon Health Care (dft) | 2:2020cv01662 | Tourville #202522 v. Shinn |
| Corizon Health Care (dft) | 2:2021cv01265 | Steah v. Shinn et al |
| Corizon Health Care (dft) | 2:2022cv01077 | Odom #186404 v. Arizona Department of Corrections et al |
| Corizon Health Care Incorporated (dft) | 2:2019cv02841 | Thompson #127943 v. Corizon Health Care Incorporated et al |
| Corizon Health Care Incorporated (dft) | 2:2019cv04848 | Rojas v. Corizon Health Care Incorporated et al |
| Corizon Health Care Incorporated (dft) | 4:2020cv00064 | Figueroa v. Centurion of Arizona L et al |
| Corizon Health Care Services (dft) | 4:2019cv00080 | Wilmer v. Ryan et al |
| Corizon Health Incorporated (mov) | 2:2012cv00601 | Jensen et al v. Shinn et al |
| Corizon Health Incorporated (dft) | 4:2018cv00044 | Slocum v. Corizon Health Incorporated et al |
| Corizon Health Incorporated (dft) | 4:2018cv00146 | Campbell v. Corizon Health Incorporated et al |
| Corizon Health Incorporated (dft) | 4:2018cv00513 | Pedersen v. Corizon Health Incorporated et al |
| Corizon Health Incorporated (dft) | 2:2017cv02933 | Garcia #076605 v. Ryan et al |
| Corizon Health Incorporated (dft) | 2:2019cv02761 | Ashworth v. Arizona, State of et a |

| Party Name | Case Number | Case Title |
|---|---|---|
| Corizon Health Incorporated (dft) | 4:2019cv00341 | Floyd v. Corizon Health Incorpora et al |
| Corizon Health Incorporated (dft) | 2:2020cv00189 | Arther v. Corizon Health Incorporated et al |
| Corizon Health Incorporated (dft) | 4:2020cv00043 | Zamora #141929 v. Corizon Healt Incorporated et al |
| Corizon Health Incorporated (dft) | 4:2020cv00142 | Ranger v. Corizon Health Incorporated et al |
| Corizon Health Incorporated (dft) | 2:2019cv02841 | Thompson #127943 v. Corizon Health Care Incorporated et al |
| Corizon Health Incorporated (dft) | 4:2020cv00080 | Banuelos et al v. Ryan et al |
| Corizon Health Incorporated (mov) | 2:2019cv04531 | Alcorn #167358 v. Grey et al |
| Corizon Health Incorporated (dft) | 2:2020cv01376 | Stewart v. Ryan et al |
| Corizon Health Incorporated (dft) | 2:2020cv01778 | Thompson v. Shinn et al |
| Corizon Health Incorporated (dft) | 4:2021cv00127 | Brightly v. Corizon Health Incorporated et al |
| Corizon Health Incorporated (dft) | 2:2021cv00593 | Alvarez v. Corizon Health Incorporated et al |
| Corizon Health Incorporated (dft) | 2:2021cv00608 | Robinson v. Corizon Health Incorporated et al |
| Corizon Health Incorporated (dft) | 2:2021cv00868 | Ritz v. Centurion of Arizona LLC e |
| Corizon Health Incorporated (dft) | 2:2021cv01158 | Adams v. Corizon Health Incorporated et al |
| Corizon Health Incorporated (dft) | 2:2020cv01662 | Tourville #202522 v. Shinn |
| Corizon Health of New Jersey LLC (dft) | 4:2019cv00341 | Floyd v. Corizon Health Incorpora et al |
| Corizon Health Service Incorporated (dft) | 2:2017cv02933 | Garcia #076605 v. Ryan et al |
| Corizon Health Services LLC (dft) | 2:2018cv01828 | Poeppe v. Corizon Health Service LLC et al |
| Corizon Healthcare (dft) | 2:2022cv00576 | Armendariz v. Arizona, State of et |
| Corizon Healthcare LLC (dft) | 2:2020cv00708 | Lupe v. Corizon Healthcare LLC e |
| Corizon Incorporated (dft) | 4:2019cv00341 | Floyd v. Corizon Health Incorpora et al |
| Corizon Incorporated (dft) | 2:2021cv01466 | Vasquez #211739 v. Shinn et al |
| Corizon LLC (dft) | 4:2019cv00341 | Floyd v. Corizon Health Incorpora et al |
| Corizon LLC (dft) | 2:2021cv00593 | Alvarez v. Corizon Health Incorporated et al |
| Corizon LLC (dft) | 2:2021cv00608 | Robinson v. Corizon Health Incorporated et al |
| Corizon LLC (dft) | 2:2020cv01893 | Reid v. Centurion et al |
| Corizon LLC (dft) | 2:2020cv01662 | Tourville #202522 v. Shinn |
| Corizon Medical (dft) | 2:2020cv02255 | Kitko #330785 v. Shinn et al |

| Party Name | Case Number | Case Title |
|---|---|---|
| Corizon Medical Services (dft) | 2:2021cv00121 | Moreno #166076 v. Shinn et al |
| Corizon Medical Services (dft) | 2:2021cv01009 | Francois #310554 v. Stewart et al |
| Corizon Medical Staff (dft) | 4:2019cv00080 | Wilmer v. Ryan et al |

| **PACER Service Center** | | 07/22/2022 16:13:45 |
|---|---|---|
| **User** | accelectronics | |
| **Client Code** | | |
| **Description** | All Court Types Party Search | |
| | All Courts; Name corizon; Court ID AZ; Case Status O; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |

PACER FAQ         Privacy & Security         Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov