# 2022 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 844049

**Entity Name:** CORIZON HEALTH, INC.

**FILED**
Apr 19, 2022
Secretary of State
5814409829CC

**Current Principal Place of Business:**

205 POWELL PLACE
SUITE 104
BRENTWOOD, TN 37027

**Current Mailing Address:**

205 POWELL PLACE
SUITE 104
BRENTWOOD, TN 37027 US

**FEI Number:** 23-2108853

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                          Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | SEC | Title | CEO |
| Name | KING, J. SCOTT | Name | TIRSCHWELL, SARA |
| Address | 205 POWELL PLACE SUITE 104 | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD TN 37027 | City-State-Zip: | BRENTWOOD TN 37027 |
| Title | CFO | Title | ASST. SECRETARY |
| Name | SHOLEY, F. JEFFREY | Name | FINGER, JENNIFER |
| Address | 205 POWELL PLACE SUITE 104 | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD TN 37027 | City-State-Zip: | BRENTWOOD TN 37027 |
| Title | ASST. SECRETARY | Title | ASST. SECRETARY |
| Name | PATEL, MAYA | Name | BARTOLI, TRACY |
| Address | 205 POWELL PLACE SUITE 104 | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD TN 37027 | City-State-Zip: | BRENTWOOD TN 37027 |
| Title | DIRECTOR | Title | CMO |
| Name | TIRSCHWELL, SARA | Name | LADELE, M.D., AYODEJI |
| Address | 205 POWELL PLACE SUITE 104 | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD TN 37027 | City-State-Zip: | BRENTWOOD TN 37027 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: F. JEFFREY SHOLEY                    CFO                    04/19/2022

Electronic Signature of Signing Officer/Director Detail                          Date

**Officer/Director Detail Continued :**

| | | | |
|---|---|---|---|
| Title | DIRECTOR, CHAIRMAN | Title | DIRECTOR, VICE CHAIRMAN |
| Name | GEFNER, DAVID | Name | GOLDBERGER, ABE |
| Address | 205 POWELL PLACE SUITE 104 | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD  TN  37027 | City-State-Zip: | BRENTWOOD  TN  37027 |
| Title | DIRECTOR | Title | DIRECTOR |
| Name | LEFKOWITZ, ISAAC | Name | LEITNER, JAY |
| Address | 205 POWELL PLACE SUITE 104 | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD  TN  37027 | City-State-Zip: | BRENTWOOD  TN  37027 |