# Young, Mary

| | |
|---|---|
| **From:** | Tomlin, Steve <Steve.Tomlin@Yescarecorp.com> |
| **Sent:** | Wednesday, June 1, 2022 4:48 PM |
| **To:** | Moody, Laura; dan.singleton@bcso.us |
| **Cc:** | Davies, Karen; Sarah Stack |
| **Subject:** | <EXTERNAL EMAIL>RE: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22 |
| **Attachments:** | O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22.docx |

**WARNING:** This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

One Last change from legal.

**From:** Tomlin, Steve
**Sent:** Wednesday, June 1, 2022 4:28 PM
**To:** Moody, Laura <laura.moody@bcso.us>; dan.singleton@bcso.us
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>; Sarah Stack <sstack@cfchs.org>
**Subject:** FW: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

Laura, Dan,
See attached for signature. Name updated for legal entity.

**From:** Finger, Jennifer <Jennifer.Finger@Yescarecorp.com>
**Sent:** Wednesday, June 1, 2022 4:24 PM
**To:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Subject:** O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

Steve,  The changes are fine except that our company name was not accurate.  I have changed it throughout the agreement.

Jennifer

1