- Home
- About
  - Who We Are: History & Today
  - Executive Team
    - Sara Tirschwell
    - Steven Tomlin
    - Gregory Ayodeji Ladele
    - J. Scott King, J.D.
    - Michael Middleton
    - Michael E. Murphy
    - Karen Davies
    - F. Jeffrey Sholey
  - Clinical Team
  - Operations: State
  - Operations: Community
  - Serving Jails
  - Serving Prisons
  - Staffing Model
  - Partner Locations
  - Accreditations & Industry Partners
  - A Culture Of Patient Safety
  - Community Involvement
    - Health and Wellness
    - Children and Youth Causes
    - Domestic Violence Awareness
    - Global Impact
    - Public Service
    - REEntry and Community Support
    - Special Olympics
    - Military and Veteran Organizations
  - Join The Corizon Health Team
- Contact
  - Corizon Health Contact
  - HR Contact
  - Media Contact
  - Marketing Contact
  - Business Development Contact
  - Provider Network Contact
- News
- Choosing Corizon
  - Reasons to Choose
  - Benefits of Our Services
  - Staffing Model
  - Locations
  - Clinical Programs
  - Reentry Programs
  - Technology
  - Training and Education

- Client Testimonials
- Need Our Help?
- Claims
  - Corizon Health Claims
  - Legacy CMS Providers
  - Legacy PHS Community Providers
  - Provider Portal
- Diversity
  - Vendor Diversity Program Description
  - Vendor Identification & Selection
  - Program Specifics
  - FAQ
  - Program Application
- Careers



search...  GO

- 
- 
- 
- 

☰ Menu

- Home
- About
- Contact
- News
- Choosing Corizon
- Claims
- Diversity
- Careers

Related Sites

- Who We Are: History & Today
- Executive Team
  - Sara Tirschwell
  - Steven Tomlin
  - Gregory Ayodeji Ladele
  - J. Scott King, J.D.
  - Michael Middleton
  - Michael E. Murphy
  - Karen Davies
  - F. Jeffrey Sholey
- Clinical Team

- Operations: State
- Operations: Community
- Serving Jails
- Serving Prisons
- Staffing Model
- Accreditations & Industry Partners
- A Culture Of Patient Safety
- Community Involvement
- Join The Corizon Health Team

# About Corizon Health

**Executive Team**



## Sara Tirschwell

Chief Executive Officer

Sara Tirschwell, CFA, CVA is the Chief Executive Officer of Corizon Health. Sara came to Corizon Health after a highly successful career in finance, where she distinguished herself as an astute investor, working collaboratively with companies in turnaround situations. She subsequently moved into executive leadership where she quickly established herself as a positive change agent. Sara brings highly relevant experience to Corizon Health from behavioral health, government relations, and decades of investing in healthcare service and is uniquely equipped to lead Corizon Health towards a winning future.

Sara is a graduate of Rice University and holds the CFA and CVA designations. She is a trustee of the Citizens Budget Commission of New York and a Salk Institute Council member. A committed advocate with a vision for a better society, Sara was a 2021 candidate for NYC mayor.

Sara has two daughters and is now a resident of Houston, TX.



- Home
- About
- Contact
- News
- Choosing Corizon
- Claims
- Diversity
- Careers
- Terms of Use
- Site Map
- © Corizon 2021