

After consultation with the IDOC, we will contact and interview current healthcare staff who may qualify for the other positions. In the event there are incumbent staff members who choose not to join the Corizon Health team, we will begin recruiting immediately to fill those positions. The final selection of incumbent and new staff will be subject to the IDOC's approval. To ensure the integrity of the procurement process, Corizon Health has not reached out to any of the current Wexford staff.

Noted previously, **Corizon Health is proposing the addition of a full-time Regional Clinical Recruiter, based in our regional office.** The Regional Clinical Recruiter will be responsible for filling vacant clinical positions and building a pipeline of qualified candidates for open positions when they occur. The regional clinical recruiter will be complimented by a provider recruiter and behavioral health recruiter, both based out of our corporate office. The regional clinical recruiter will be fully supported by our corporate talent acquisition team. A sample job description for this position is provided in **Appendix B.**

In addition to the regional team described above, our contract with the IDOC will be **fully supported by the following Corizon Health corporate leadership** to ensure the delivery of all contractual services within a framework of accountability and client responsiveness that characterizes Corizon Health's working partnerships with our clients:

### JAMES HYMAN – CHIEF EXECUTIVE OFFICER



As Corizon Health's Chief Executive Officer, Mr. Hyman is responsible for setting the strategic direction of the company and leading the company to reach its full potential as the nation's correctional healthcare provider of choice.

Mr. Hyman brings more than 25 years' experience in business leadership across multiple industries to this role. His executive leadership experience includes serving from 2005-2010 as CEO of Cornell Companies, a provider of corrections, education, rehabilitation and treatment services to federal, state and local governments; and as CEO from 2015-2017 of Community Education Centers, the leading provider of offender reentry and in-prison treatment services in America, operating in 17 states and the Commonwealth of Bermuda.

Prior to joining Corizon Health, Mr. Hyman served as CEO of Citizens Parking, one of the largest parking operators in North America. Earlier in his career, he held executive positions with Starwood Hotels & Resorts Worldwide, GE Capital Services, McKinsey & Company, and JP Morgan. Mr. Hyman also chairs the Mega-Cities Project, an international not-for-profit focused on urban development issues.

### AYODEJI "GREG" LADELE, D.O., M.B.A. –- CHIEF MEDICAL OFFICER

As Chief Medical Officer, Dr. Ladele supervises and directs the delivery of healthcare services for incarcerated patients in Corizon Health correctional facilities throughout the country. His passion for the underserved and experience in strategic leadership align with the mission of Corizon Health's clinical programs: To provide healthcare in a safe and efficient environment, using evidence-based healthcare and clinical practices for superior care delivery to all patients Corizon Health serves.





Dr. Ladele has utilized his operational and clinical expertise in managing various facilities, including a hospital system in which he served a dual role as a Chief Health Officer and Medical Executive Director. In this role, he managed a busy surgical Center, a multi-disciplinary, outpatient specialty clinic system, inpatient psychiatric units, and cancer treatment center. (This system also assisted in managing healthcare for approximately 100,000 incarcerated patients.)

Dr. Ladele's commitment to pursuing medicine took root during his undergraduate studies at Morehouse College in Atlanta, Ga., where he graduated with Honors. He went on to complete his M.B.A. from Tennessee State University in Nashville. Dr. Ladele received his medical degree from the University of Medicine and Dentistry of New Jersey (UMDNJ-SOM), then completed his medical training with a residency in Family Medicine (and concentration in urban medicine) from The Ohio State University. He has also spent time abroad with international mission work in Zimbabwe and other nations, where he helped improve clinical outcomes for patients with chronic illnesses, such as hypertension, diabetes, and congestive heart failure.

### MARY C. SILVA, MBA, BSN, RN, FNE, NE-BC, CCHP – CHIEF NURSING OFFICER



In her role as Chief Nursing Officer, Ms. Silva is responsible for providing vision and strategic direction for nursing throughout the company. She ensures that nursing care is delivered in a consistent, scientific framework throughout the company and is responsible for identifying company-wide nursing quality indicators to assure standardization and accountability. Working in collaboration with medical leadership, Ms. Silva establishes and promotes best practice of evidence-based healthcare.

Prior to her role as Chief Nursing Officer, Ms. Silva served as Vice President of Operations and corporate liaison with various government officials and was responsible for oversight and operation of the Philadelphia Department of Prisons seven correctional facilities covering approximately 5,000 lives. Ms. Silva worked collaboratively with Corizon Health's Senior Vice President Operations – Community Corrections to facilitate organizational performance, strategic planning, continued business development opportunities and service enhancement, as well as client and legislative satisfaction.

### JOSEPH M. PASTOR, M.D., CCHP – CHIEF PSYCHIATRIC OFFICER

Dr. Pastor has over 25 years of medical practice experience and has extensive knowledge of the correctional, community, private and academic mental health sectors. He is an expert in the integration of physical and behavioral medicine and is trained in adult and child/adolescent psychiatry.





He has worked in correctional health care since 1998 and has served at Corizon Health in multiple roles since 2009 and was named Chief Psychiatric Officer in July 2016.

Dr. Pastor consults internationally on correctional health and suicide prevention. In April 2017 he presented on *Suicide Prevention* at La Spezia Penitentiary, La Spezia, Italy and *Extremist Ideology and Psychiatric Morbidity* at Ospedale di Santa Maria Nuova in Florence, Italy.

### MICHAEL E. MURPHY – SENIOR VICE PRESIDENT – STATE CORRECTIONS

As Senior Vice President – State Corrections, Mr. Murphy is responsible for the management and overall direction of health care services and operational accountability for Corizon Health's statewide contracts. He oversees development and execution of each contract's operations plan, client-partner relationships, and recruitment and retention of operational leadership.



Mr. Murphy joined Corizon Health after more than 35 years in the corrections industry. His career responsibilities ranged from regional management of federal correctional facilities and medical operations to design-build-finance, business development, and oversight of federal/state government and customer relations.

### J. SCOTT KING, J.D. – EXECUTIVE VICE PRESIDENT AND CHIEF LEGAL OFFICER



As Chief Legal Officer, Executive Vice President and Secretary for Corizon Health, Mr. King oversees Corizon Health's Legal Department, including contracting functions, litigation management and general operational issues.

He has more than 20 years of legal experience focusing on health care and transactional law. His specialized areas of practice include HIPAA, anti-kickback fraud and abuse, Medicare and Medicaid reimbursement and other statutory compliance matters.

Prior to joining Corizon Health in 2005, Mr. King was Assistant General Counsel for the Dialysis Clinic, Inc. in Nashville. He also served as a staff attorney for the Tennessee Department of Health and Tennessee Department of Mental Health and Developmental Disabilities.

### MICHAEL J. MOVER – CHIEF INFORMATION OFFICER

As Chief Information Officer (CIO), Mr. Mover is responsible for the organization's overall information technology strategy, initiatives, and associated operations. He provides strategic vision and leadership for the design, implementation, project management, and cost implications of enterprise and clinical information technology systems, programs, and processes. In his role as CIO, Mr. Mover is also responsible for delivering IT solutions that drive clinical and financial performance, quality of



care, safety, customer service, provider relationships, and employee engagement, utilizing best practices and continuous improvement methodologies.



Mr. Mover has over 25 years' experience driving transformational and technological change, primarily in the healthcare industry. He brings a proven track record of orchestrating re-engineered processes, resulting in the elimination of millions of dollars of operational expenses, consistently optimizing departments to decrease expenses while increasing productivity, and designing and delivering cost-effective, high performance technology solutions.

Prior to joining Corizon Health, Mr. Mover served as Chief Information Officer and Senior Vice President of Information Systems for Saint Thomas Health/Ascension Information Services where he was tasked with driving strategy and operations for all information technology initiatives for Saint Thomas Health in Nashville (9 hospitals and over 500 employed physicians across more than 100 locations).

### F. JEFFREY SHOLEY, CPA – CHIEF FINANCIAL OFFICER



As Chief Financial Officer, Mr. Sholey is responsible for the company's financial operations including Financial and Operational Accounting, Corporate Finance, Treasury, Tax, and Risk Management Programs. He collaborates with Operations, Business Development, and other department leaders to provide financial support.

Mr. Sholey is a Certified Public Accountant with 20 years of experience in correctional healthcare. Prior to joining Corizon Health, he served for 13 years at a national public accounting firm where he provided audit and business advisory services for multi-location, highly decentralized entities, both public and private.

### STEVEN C. TOMLIN, MHS, CADC, CCS – SENIOR VICE PRESIDENT OF BUSINESS DEVELOPMENT



Mr. Tomlin is a success-oriented executive with 20 plus years of experience targeted to increase the company's revenue base and enhance market share. He is a resourceful problem solver and connector with innate ability to establish strategic operations realignment, implement multisite / multistate systems, and improve quality and organizational growth in not-for-profit, for-profit, and private equity arenas. Mr. Tomlin is an excellent communicator building bridges and gathering information quickly to deliver action steps in conjunction with trusted advisors. He is known for his success in driving organic growth and integrating acquisitions into established operations.

As Senior Vice President of Business Development, Mr. Tomlin develops and executes state and local governmental strategies and tactics that drive sales and revenue growth for Corizon Health. He