

Case 2:22-cv-10589-MAG-DRG   ECF No. 25-37, PageID.1351   Filed 07/26/22   Page 2 of 6

Home   About   Services   Choosing YesCare   Contact   News   Careers   Our Motivation



# Choosing YesCare

As the leading provider of correctional healthcare services in the United States, YesCare is uniquely positioned to meet the needs of both our clients and patients.

YesCare provides quality service to our patients, successful partnerships with our clients and a fulfilling work environment for our employees.



## Our Vision

YesCare leads the industry by providing comprehensive healthcare and reentry services that improve the communities where we live and work.

## Our Mission

YesCare embraces a recovery model of care. This means identifying and treating underlying conditions to support healthier and safer living while incarcerated and a better quality of life in our communities. In partnership with our clients, we deliver solution-oriented care.

## Our Values

Case 2:22-cv-10589-MAG-DRG   ECF No. 25-37, PageID.1352   Filed 07/26/22   Page 3 of 6



Home    About    Services    Choosing YesCare    Contact    News    Careers    Our Motivation



**A**ccountability. We set high standards and hold our people to them.

**R**espect. We embrace our differences as we work toward common goals.

**T**eamwork. We achieve more together.

**E**valuation. We use data to constantly monitor and improve results.

**R**eadjustment. We refine our practices to consistently achieve better outcomes.

# Diversity



We are proud that our workforce is among the most diverse in the country. Because it fosters innovation and quality through competition, we are dedicated to the growth and development of small, minority, women and disadvantaged owned businesses. Through our Vendor Diversity Program, we provide participation in all areas of procurement, including vendor, provider and supplier activities.

With over **35 years of history working with local and small business, YesCare spends more than $55 million with diverse businesses across the country**, creating and increasing business opportunities for all by promoting job development and economic growth wherever YesCare conducts business.

We comply with all applicable federal, state and local laws, including anti-discrimination laws and laws governing the use of Diverse Businesses.

# Clinical Programs

YesCare's Patient Care Department assists our field staff in refining the delivery of healthcare, **providing resources and support in:**

Case 2:22-cv-10589-MAG-DRG   ECF No. 25-37, PageID.1353   Filed 07/26/22   Page 4 of 6



Home    About    Services    Choosing YesCare    Contact    News    Careers    Our Motivation

# YesCare Lean Improvement Program
## goLeanSixSigma

The YesCare Lean Improvement Program strives to improve clinical quality and patient safety through a standardized process improvement modality. Our program uses a combination of Lean and Six Sigma techniques, the benchmark for consistent and superior results in the healthcare and manufacturing industries. Lean improvement is utilized to remove waste from processes, reduce variations and minimize constraints. By removing process defects and other forms of waste, a higher level of quality, safety and operational excellence can be achieved within the correctional setting. To excel, teams must understand the concepts of lean improvement and utilize the tools from the YesCare CQI Lean Project Workbook, which helps organize and track each improvement project.

**YesCare certifies staff in Lean Six Sigma through our partnership with goLeanSixSigma which we believe is an industry first.**

# Patient Safety

YesCare is one of the few correctional healthcare companies in the country that is participating with a federally qualified Patient Safety Organization (PSO), the Center for Patient Safety.

The PSO safeguards all YesCare's quality and patient safety data as Patient Safety Work Product (PSWP), confidential and protected by legal privilege in accordance with the Federal Patient Safety & Quality Improvement Act. This establishes a "safe haven" for critical analysis, crucial for elevating our delivery of care.

Participation in the PSO also provides access to a variety of resources that enhance our reporting processes and facilitate learning and sharing – all designed to improve patient safety and quality of care.





YesCare utilizes the principles of YesCareSMARTER to



Home   About   Services   **Choosing YesCare**   Contact   News   Careers   Our Motivation

**Respect, Teamwork, Evaluation and Readjustment** which are the foundation for how all YesCare employees must conduct themselves on the job. Everything we do adheres to the values of YesCareSMARTER.

YesCareSMARTER sets us apart from other correctional healthcare providers. By incorporating these principles daily, we are able to support our clients in achieving their goals for their healthcare programs.





## Locations

Over 40 years, the YesCare team has provided quality healthcare services to clients at more than 475 facilities serving over 1,000,000 patients across the nation.
With its corporate headquarters in Texas, YesCare is the pioneering provider of correctional healthcare services in the United States.

**475+**
Facilities

**1,000,000+**
Patients cared for

### YESCARE TESTIMONIAL

The partnership is key with [YesCare] to make this operation happen. We have to have their support, and they believe in our mission and vision within the facility. They are a component, and they assist what we do at a daily basis at this facility.



Home    About    Services    Choosing YesCare    Contact    News    Careers    Our Motivation

# Need Our Help?

**You do not need a vendor.** You need a partner. Talk to YesCare today and let's work together to meet your unique needs.

**CONTACT**





As the correctional healthcare pioneer and leader for 40 years, YesCare provides client partners with high quality healthcare and reentry services that will improve the health and safety of our patients, break the cycle of recidivism and better the communities where we live and work.

*YesCare acquired all of the employees and active contracts of Corizon Health in early 2022.

### Quick Links

Home
About
Services
Choosing YesCare
Contact
Our Motivation
Claims
Careers

### Contact

Job Inquiries:
800-989-7471
careers@yescarecorp.com

Media Inquiries:
media@yescarecorp.com

Business Development:
clientservices@yescarecorp.com

© 2022 YesCare Corp. All Rights Reserved. | Terms of Use