

healthcare through acquisitions, solid internal growth, and an intense focus on excellent clinical care and client service.

On March 2, 2011 PHS's (now Corizon Health, Inc.) parent company, America Service Group Inc. (ASG), entered into an Agreement and Plan of Merger with Valitás Health Services, Inc., the parent company of Correctional Medical Services, Inc. (CMS), now known as Corizon, LLC.  The transaction, completed on June 3, 2011, brought together the two leading correctional healthcare companies under a single management team with the mission of providing best-in-class service to state and local governments throughout the U.S.

On June 30, 2020 the Flacks Group, a privately held special situations global investment firm, acquired Corizon Health through a transaction in which it purchased Valitás Health Services, Inc., Corizon Health's parent company.  As part of the transaction with Flacks Group, two new parent entity organizations were formed, M2 EquityCo, LLC and M2 HoldCo, LLC (as shown on the organizational chart below.) The acquisition positions Corizon Health for continued profitable growth and supports the company's plans to continue providing quality, evidence-based healthcare services to states, counties, and municipalities across the country.

