UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

william Kelly,

                      Plaintiff(s),

v.                                                  Case No. 2:22−cv−10589−TGB−DRG
                                                              Hon. Terrence G. Berg

Corizon Health Inc., et al.,

                      Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge David R. Grand for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

      Motion to Substitute Party – #25

                                                    s/Terrence G. Berg
                                                    Terrence G. Berg
                                                    United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                    s/A Chubb
                                                    Case Manager

Dated:  August 9, 2022