# Exhibit B



# Completed Wire Details

## Debit Information

| | |
|---|---|
| Template Name: | Medical Engineering LLC /SevenTrade |
| Wire Type: | Domestic wire |
| Account: | SEVEN TRADE LLC - *7126 |
| Effective Date: | 01/20/2022 |
| Amount: | 1,800,000.00 |
| Currency: | USD |
| Entered By: | JLEITNER |
| Entry Date/Time: | 01/20/2022 07:12:26 am (ET) |
| Transmitted By: | DAVID |
| Transmit Date/Time: | 01/20/2022 07:47 AM (ET) |
| Status: | CONFIRMED |
| Confirmation Number: | 256758284 |
| Reference Number: | 20220120B6B7261F000923 |

## Recipient Information

| | |
|---|---|
| Bank ID Type: | ABA |
| Bank ID: | 322271627 |
| Bank Name: | JPMORGAN CHASE BANK, NA |
| Bank Address 1: | SEATTLE |
| Bank Address 2 : | WA |
| Recipient Account: | ▮▮▮▮▮▮▮ |
| Recipient Name: | Medical Engineering LLC |
| Recipient Address 1: | 42068 Winchester Rd |