# Exhibit G



Corizon Health INC
103 Powell Ct, Brentwood, TN 37027
orders@corizonhealth.com
(615) 373-3100

# Purchase Order

| Date | P.O. No. |
|---|---|
| 1/13/2022 | 287622PO |

**Vendor:**

Seven Trade LLC
7 World Trade Center, 46th Flr,
New York, NY 10007
Orders@seventrade.com
212-229-2058

**Ship To:**

Corizon Health
6705 Camille Ave,
Oklahoma City, OK 73149
cs@corizonhealth.com
615-373-3100

| Lot Number | Payment Terms | Ready Date | Port | Origin | FOB/CIF |
|---|---|---|---|---|---|
|  | Net 10 | 2/14/2022 |  |  | OK |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| CRCAST | Siemens OTC Rapid (1 Test Per Box) | 350,000 | 9.29 | 3,251,500.00 |

**Total** $3,251,500.00