# NYC Mayor's Office of Contract Services

# Doing Business Report: Entities with Related Officers, Owners and Managers

*As of: 30-Jun-22*

| Entity Name | DB Types | Name of Officer, Owner or Manager | Relationship to Entity | DB Start Date |
|---|---|---|---|---|
| 1 JOHN STREET LLC | RP | DELLA VALLE, JARED R | Officer, RP Mgr | 9/9/2013 |
| 1 REWE STREET REALTY LLC | ED | GOLDSTEIN, BENJAMIN | Owner | 7/31/2008 |
| 1 REWE STREET REALTY LLC | ED | GOLDSTEIN, DAVID | Owner | 7/31/2008 |
| 1 REWE STREET REALTY LLC | ED | GOLDSTEIN, EMERICH | Officer, ED Mgr | 7/31/2008 |
| 1 SULLIVAN RESIDENCES LLC | RP | DAHILL FAMILY LLC, | Organization Owner | 3/31/2022 |
| 1 SULLIVAN RESIDENCES LLC | RP | DAHILL FAMILY LLC, | Organization Owner | 3/31/2022 |
| 1 SULLIVAN RESIDENCES LLC | RP | FALCHIERE, BRANDON | Officer | 3/31/2022 |
| 1 SULLIVAN RESIDENCES LLC | RP | WEINER, ARTHUR | Officer, RP Mgr | 3/31/2022 |
| 10 EAST 15TH ST REALTY CORP | RP | MORGAN, HARVEY S | Officer, RP Mgr | 7/2/2010 |
| 10 EAST 15TH ST REALTY CORP | RP | SMITH, LOUIS | Officer, RP Mgr | 7/2/2010 |
| 10 MINERVA PLACE LP | RP | JONES, STEVEN T | Officer | 6/12/2017 |
| 10 MINERVA PLACE LP | RP | KAISER, SUZANNE | RP Mgr | 6/12/2017 |
| 10 MINERVA PLACE LP | RP | NETBURN, MITCHELL | Officer | 6/12/2017 |
| 10 SOUTH STREET ASSOCIATES LLC | RP | BENJAMIN, STEPHEN | Owner | 5/1/2013 |
| 10 SOUTH STREET ASSOCIATES LLC | RP | DICKEY, WILLIAM P | Officer, Owner | 5/1/2013 |
| 10 SOUTH STREET ASSOCIATES LLC | RP | SPITLER, DREW E | RP Mgr | 5/1/2013 |
| 100-02 ROCKAWAY BLVD 26 LLC | RP | KHALILI, FARAMARZ | Owner, RP Mgr | 3/1/2019 |
| 100-02 ROCKAWAY BLVD 26 LLC | RP | KHALILI, FEREYDOUN | Owner, RP Mgr | 3/1/2019 |

CT: Contract, ED: Eco Dev, FC: Franch/Cons, GR: Grant, LB: Lobbying, LU: Land Use, PN: Pension, RP: Real Property

| Entity Name | DB Types | Name of Officer, Owner or Manager | Relationship to Entity | DB Start Date |
|---|---|---|---|---|
| UNITED SENIOR CITIZENS OF SUNSET PARK INC. | CT | AMADOR, GRISEL | Officer, CT Mgr | 10/1/2021 |
| UNITED SENIOR CITIZENS OF SUNSET PARK INC. | CT | CARDONA, GEORGE L | Officer | 10/1/2021 |
| UNITED SENIOR CITIZENS OF SUNSET PARK INC. | CT | GARCIA, MARITZA | CT Mgr | 10/1/2021 |
| UNITED SENIOR CITIZENS OF SUNSET PARK INC. | CT | MONTES, SHEILA | Officer | 10/1/2021 |
| UNITED SENIOR CITIZENS OF SUNSET PARK INC. | CT | SANTIAGO, ADELINA | Officer | 10/1/2021 |
| UNITED SPINAL ASSOCIATION | RP | GRIM, AUGUST | RP Mgr | 12/3/2008 |
| UNITED SPINAL ASSOCIATION | RP | STEIN, JOSEPH | Officer | 12/3/2008 |
| UNITED SPINAL ASSOCIATION | RP | TOBIN, PAUL | Officer | 12/3/2008 |
| UNITED SPINAL ASSOCIATION | RP | WEISMAN, JAMES | Officer, RP Mgr | 12/3/2008 |
| UNITED STAFFING SOLUTIONS INC | CT | BONELLO, FRANK J | Officer, CT Mgr | 3/18/2012 |
| UNITED STAFFING SOLUTIONS INC | CT | DEVANDERBILT, JONATHAN | CT Mgr | 2/1/2012 |
| UNITED STAFFING SOLUTIONS INC | CT | GOLDBERGER, FAIGY | Officer, Owner | 3/18/2012 |
| UNITED STAFFING SOLUTIONS INC | CT | KIRSH, YAKOV | Officer | 3/18/2012 |
| UNITED STAFFING SOLUTIONS INC | CT | OKEEFFE, PETER | Officer | 11/14/2020 |
| UNITED STATES FUND FOR UNICEF | ED | ALDOUS, JAY | ED Mgr | 7/31/2008 |
| UNITED STATES FUND FOR UNICEF | ED | CARNAGE, ROSLYN | ED Mgr | 7/31/2008 |
| UNITED STATES FUND FOR UNICEF | ED | ESSERMAN, RICHARD | ED Mgr | 7/31/2008 |
| UNITED STATES FUND FOR UNICEF | ED | KLAUS, NANCY | ED Mgr | 7/31/2008 |
| UNITED STATES FUND FOR UNICEF | ED | LLOYD, EDWARD G | Officer, ED Mgr | 7/31/2008 |
| UNITED STATES FUND FOR UNICEF | ED | MCCAFFREY, CYNTHIA | ED Mgr | 7/31/2008 |
| UNITED STATES FUND FOR UNICEF | ED | RENDON, MARTIN | ED Mgr | 7/31/2008 |
| UNITED STATES FUND FOR UNICEF | ED | STERN, CARYL M | Officer, ED Mgr | 7/31/2008 |
| UNITED STEEL PRODUCTS INC | CT | BUDETTI, FRED | Officer, Owner | 12/1/2017 |
| UNITED STEEL PRODUCTS INC | CT | FRANZA, ALFREDO | Officer, Owner, CT Mgr | 12/1/2017 |
| UNITED STEEL PRODUCTS INC | CT | LOPEZ, JESSICA | CT Mgr | 12/1/2017 |
| UNITED STEEL PRODUCTS INC | CT | PALERMO, CHRISTIAN | CT Mgr | 12/1/2017 |
| UNITED STEEL PRODUCTS INC | CT | RIGOLLI, TODD | Officer | 2/19/2020 |
| UNITED STEEL PRODUCTS INC | CT | VISCARDI, PAUL | CT Mgr | 12/1/2017 |
| UNITED SUPPLY CORP. | CT | ENDZWEIG, LUZER | Officer, Owner, CT Mgr | 7/1/2021 |

CT: Contract, ED: Eco Dev, FC: Franch/Cons, GR: Grant, LB: Lobbying, LU: Land Use, PN: Pension, RP: Real Property