From: M. BURR KEIM CO    Fax: 2159779386    To:    Fax: (850) 617-    Page: 1 of 3    1/24/2022 1:09 AM

*P22000044401*



Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H22000030221 3)))

H220000302213ABCM

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number    : (850)617-6381

From:
    Account Name    : M. BURR KEIM COMPANY
    Account Number  : I19990000242
    Phone           : (215)563-8113
    Fax Number      : (215)977-9386

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

    Email Address: _____

### FLORIDA PROFIT/NON PROFIT CORPORATION
### CHS OKALOOSA, INC.

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $70.00 |

2022 JAN 24 AM 10:17  SECRETARY OF STATE TALLAHASSEE, FLORIDA   FILED

Electronic Filing Menu    Corporate Filing Menu    Help

(((H220000302213)))

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

**ARTICLES OF INCORPORATION**
In compliance with Chapter 607 and/or Chapter 621, F.S. (Profit)

### ARTICLE I  NAME
- The name of the corporation shall be: __CHS OKALOOSA, INC.__

### ARTICLE II  PRINCIPAL OFFICE

Principal **street** address                                    Mailing address, if different is:
__1385 BROADWAY, STE. 1005__
__NEW YORK, NY  10018__

### ARTICLE III  PURPOSE
The purpose for which the corporation is organized is:  __To provide personnel staffing services.__

### ARTICLE IV  SHARES
The number of shares of stock is   200 SHARES NO PAR VALUE

### ARTICLE V  INITIAL OFFICERS AND/OR DIRECTORS

Name and Title: __ABRAHAM GOLDBERGER, PRESIDENT  and SECRETARY__

Address     __1385 BROADWAY, STE. 1005__
NEW YORK, NY  10018

*(filing stamp: 2022 JAN 24 AM 10:17 SECRETARY OF STATE TALLAHASSEE, FLORIDA — FILED)*

Name and Title:

Address  _____

Name and Title: _____

Address  _____

(((H220000302213)))

From: M. BURR KEIM CO  Fax: 12159779386  . To:  Fax: (850) 617-6381  Page: 3 of 3  01/24/2022 11:09 AM

(((H220000302213)))

ARTICLE VI REGISTERED AGENT

The name and Florida street address (P.O. Box NOT acceptable) of the registered agent i

Name: Registered Agents Inc.

Address: 7901 4th Street N., Suite 300
St. Petersburg, FL 33702

### ARTICLE VII INCORPORATOR

The name and address of the Incorporator is:

Name: JAMES MATTEOTTI
Address: 180 PHILLIPS HILL RD.,
STE. 3A, NEW CITY, NY 10956

2022 JAN 24 AM 11:17
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

(If an effective date is listed, the date must be specific and cannot be more than five days prior or 90 days after the filing

Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as ; document's effective date on the Department of State's records.

*Having been named as registered agent to accept service of process for the above stated corporation at the place designated i certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity*

_____  1/24/2022
Required Signature/Registered Agent                Date

*I submit this document and affirm that the facts stated herein are true. I am aware that the false information submitted in a . to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.*

_____  01/20/2022
Required Signature/Incorporator                    Date

(((H220000302213)))