From: M. BURR KEIM CO    Fax: 12159779386    To:    (850) 617-    Page: 1 of 3    1/24/2022 11:13 AM



Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H22000030237 3)))

H220000302373ABCT

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number    : (850)617-6381

From:
    Account Name   : M. BURR KEIM COMPANY
    Account Number : I19990000242
    Phone          : (215)563-8113
    Fax Number     : (215)977-9386

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address: _____

# FLORIDA PROFIT/NON PROFIT CORPORATION
## CHS BREVARD, INC.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $70.00 |

Electronic Filing Menu    Corporate Filing Menu    Help

(((H220000302373)))

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

**ARTICLES OF INCORPORATION**
In compliance with Chapter 607 and/or Chapter 621, F.S. (Profit)

***ARTICLE I    NAME***
- The name of the corporation shall be:    CHS BREVARD, INC.

***ARTICLE II    PRINCIPAL OFFICE***

Principal **street** address         Mailing address, if different is:
1385 BROADWAY, STE. 1005
NEW YORK, NY 10018

***ARTICLE III    PURPOSE***

The purpose for which the corporation is organized is:    To provide personnel staffing services.

***ARTICLE IV    SHARES***

The number of shares of stock is    200 SHARES NO PAR VALUE

FILED 2022 JAN 24 AM 10:17 SECRETARY OF STATE TALLAHASSEE, FLORIDA

***ARTICLE V    INITIAL OFFICERS AND/OR DIRECTORS***

Name and Title: FAIGY GOLDBERGER, PRESIDENT  and SECRETARY

Address    1385 BROADWAY, STE. 1005
NEW YORK, NY 10018

Name and Title:

Address    _____

Name and Title: _____

Address    _____

(((H220000302373)))

(((H220000302373)))

ARTICLE VI   REGISTERED AGENT

The <u>name and Florida street address</u> (P.O. Box NOT acceptable) of the registered agent i

Name:    Registered Agents Inc.

Address:   7901 4th Street N., Suite 300
           St. Petersburg, FL 33702

*ARTICLE VII   INCORPORATOR*

The <u>name and address</u> of the Incorporator is:

Name:    JAMES MATTEOTTI
Address:  180 PHILLIPS HILL RD.,
STE. 3A, NEW CITY, NY  10956

FILED 2022 JAN 24 AM 10:17 SECRETARY OF STATE TALLAHASSEE, FLORIDA

(If an effective date is listed, the date must be specific and cannot be more than five days prior or 90 days after the filing

Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as document's effective date on the Department of State's records.

*Having been named as registered agent to accept service of process for the above stated corporation at the place designated certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity*

_____         1/24/22
Required Signature/Registered Agent         Date

*I submit this document and affirm that the facts stated herein are true. I am aware that the false information submitted in a to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.*

_____         01/20/2022
Required Signature/Incorporator             Date

(((H220000302373)))