DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# ARTICLES OF INCORPORATION
## FOR-PROFIT or PROFESSIONAL CORPORATION
Read the Instructions C010i

1. **ENTITY TYPE** – **check only one** to indicate the type of entity being formed:

   [■] FOR-PROFIT (BUSINESS) CORPORATION   [ ] PROFESSIONAL CORPORATION

2. **ENTITY NAME** – see Instructions C010i for naming requirements – give the exact name of the corporation:

   CHS AZ DOC, INC.

3. **PROFESSIONAL CORPORATION SERVICES** – if professional corporation is checked in number 1, briefly describe the professional service or services that the professional corporation will provide (examples: law firm, accounting, medical):

   _____

4. **CHARACTER OF BUSINESS** – briefly describe the character of business the corporation initially intends to conduct in Arizona. **NOTE** that the character of business that the corporation ultimately conducts is not limited by the description provided.

   To provide personnel staffing services

5. **SHARES** – see Instructions C010i – list the class (common, preferred, etc.) and total number of shares of each class that the corporation is **AUTHORIZED** to issue – the total must be greater than zero. If more space is needed, check this box [ ] and complete and attach the Shares Authorized Attachment form C087.

   Class: Common    Series: _____    Total: 200

   Class: _____    Series: _____    Total: _____

6. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

   6.1  Is the Arizona known place of business address the same as the **street address** of the statutory agent?  [■] Yes – go to number 7 and continue
   [ ] No – go to number 6.2 and continue

   6.2  If you answered "**No**" to number 6.1, give the **physical or street address** (not a P.O. Box) of the known place of business of the corporation in Arizona:

   | Attention (optional) | | |
   |---|---|---|
   | Address 1 | | |
   | Address 2 (optional) | | |
   | City Country | State or Province | Zip |

**7. DIRECTORS** - list the **name and business address** of each and every Director of the corporation. If more space is needed, check this box ☐ and complete and attach the Director Attachment form C082.

| | |
|---|---|
| Name: JOEL GOLDBERGER | Name: |
| Address 1: 1385 BROADWAY | Address 1: |
| Address 2 (optional): STE 1005 | Address 2 (optional): |
| City: NEW YORK  State: NY  Zip: 10018 | City  State  Zip |
| Country: UNITED STATES | Country: |

| | |
|---|---|
| Name: | Name: |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City  State  Zip | City  State  Zip |
| Country: | Country: |

| | |
|---|---|
| Name: | Name: |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City  State  Zip | City  State  Zip |
| Country: | Country: |

**8. STATUTORY AGENT** - see Instructions C010i:

**8.1 REQUIRED** - give the **name** (can be an individual or an entity) **and physical or street address** (not a P.O. Box) in Arizona of the statutory agent:

Statutory Agent Name (required): Accusearch, Inc.

Attention (optional):

Address 1: 8825 N. 23rd Avenue

Address 2 (optional):

City: Phoenix  State: AZ  Zip: 85021

**8.2 OPTIONAL** - mailing address in Arizona of statutory agent (can be a P.O. Box):

**8.3 REQUIRED** - the Statutory Agent Acceptance form M002 must be submitted along with these Articles of Incorporation.

9. **REQUIRED** - you must complete and submit with the Articles a <u>Certificate of Disclosure</u>. The Articles will be rejected if the Certificate of Disclosure is not simultaneously submitted.

10. **INCORPORATORS** - list the **name and address**, and provide the **signature**, of each and every incorporator - minimum of one is required. If more space is needed, check this box ☐ and complete and attach the <u>Incorporator Attachment</u> form C084.

| | |
|---|---|
| **JAMES MATTEOTTI** <br> Name | Name |
| **180 PHILLIPS HILL RD.** <br> Address 1 | Address 1 |
| **STE 3A** <br> Address 2 (optional) | Address 2 (optional) |
| **NEW CITY** / **NY** / **10956** <br> City / State / Zip | City / State / Zip |
| **UNITED STATES** <br> Country | Country |
| **SIGNATURE** - see <u>Instructions C010i</u>: <br> By checking the box marked "I accept" below, I acknowledge under penalty of law that this document together with any attachments is submitted in compliance with Arizona law. | **SIGNATURE** - see <u>Instructions C010i</u>: <br> By checking the box marked "I accept" below, I acknowledge under penalty of law that this document together with any attachments is submitted in compliance with Arizona law. |
| ☑ I ACCEPT | ☐ I ACCEPT |
| *[signature]* <br> Signature | Signature |
| James Matteotti / 2/11/22 <br> Printed Name / Date | Printed Name / Date |

Expedited or Same Day/Next Day services are available for an additional fee - see Instructions or Cover sheet for prices.

| | |
|---|---|
| Filing Fee: $60.00 (regular processing) <br> All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Examination Section <br> 1300 W. Washington St., Phoenix, Arizona 85007 <br> Fax (for Regular or Expedite Service ONLY): 602-542-4100 <br> Fax (for Same Day/Next Day Service ONLY): 602-542-0900 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business. All documents filed with the Arizona Corporation Commission are public record and are open for public inspection. If you have questions after reading the Instructions, please call 602-542-3026 or [within Arizona only] 800-345-5819.

C010.005 <br>
Rev: 6/2020

Arizona Corporation Commission - Corporations Division <br>
Page 3 of 3

22021409017325

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE

Please read Instructions M002i

**1. ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Articles of Incorporation):

CHS AZ DOC, INC.

**2. STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

Accusearch, Inc.

**3. STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 2 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

*[Signature]*      Khrystyn Hatfield      2/11/2022
Printed Name      Date

**REQUIRED** – check only one:

☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual (natural person) named as statutory agent.

☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity.

Expedited services are available for an additional fee - see Instructions or Cover sheet for prices.

| Filing Fee: none (regular processing) <br> All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Examination Section <br> 1300 W. Washington St., Phoenix, Arizona 85007 <br> Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business. All documents filed with the Arizona Corporation Commission are public record and are open for public inspection. If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.006     Arizona Corporation Commission - Corporations Division
Rev: 6/2020     Page 1 of 1

## CERTIFICATE OF DISCLOSURE

*Read the Instructions C003i*

**1. ENTITY NAME** – give the exact name of the corporation in Arizona:

CHS AZ DOC, INC.

**2. FELONY/JUDGMENT QUESTIONS:**

Has any person (a) who is currently an officer, director, trustee, or incorporator, or (b) who controls or holds over ten percent of the issued and outstanding common shares or ten percent of any other proprietary, beneficial or membership interest in the corporation been:

| | | | Yes | No |
|---|---|---|---|---|
| 2.1 | Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the five-year period immediately preceding the signing of this certificate? | | ☐ | ■ |
| 2.2 | Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the five-year period immediately preceding the signing of this certificate? | | ☐ | ■ |
| 2.3 | Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the five-year period immediately preceding the signing of this certificate, involving any of the following: | | ☐ | ■ |
| | a. | The violation of fraud or registration provisions of the securities laws of that jurisdiction; | | |
| | b. | The violation of the consumer fraud laws of that jurisdiction; | | |
| | c. | The violation of the antitrust or restraint of trade laws of that jurisdiction? | | |
| 2.4 | If any of the answers to numbers 2.1, 2.2, or 2.3 are **YES**, you **MUST** complete and attach a Certificate of Disclosure Felony/Judgment Attachment form C004. | | | |

**3. BANKRUPTCY QUESTION:**

| | | Yes | No |
|---|---|---|---|
| 3.1 | Has any person (a) who is currently an officer, director, trustee, incorporator, or (b) who controls or holds over twenty percent of the issued and outstanding common shares or twenty percent of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a twenty percent interest in **any other corporation** (not the one filing this Certificate) on the bankruptcy or receivership **of the other corporation**? | ☐ | ■ |
| 3.2 | If the answer to number 3.1 is **YES**, you **MUST** complete and attach a Certificate of Disclosure Bankruptcy Attachment form C005. | | |

C003.005
Rev: 6/2020

Arizona Corporation Commission – Corporations Division
Page 1 of 2

**IMPORTANT:** If within 60 days of the delivery of this Certificate to the A.C.C. any person not included in this Certificate becomes an officer, director, trustee or person controlling or holding over ten percent of the issued and outstanding shares or ten percent of any other proprietary, beneficial or membership interest in the corporation, the corporation must submit a SUPPLEMENTAL Certificate providing information about that person, signed by all incorporators or by a duly elected and authorized officer.

| SIGNATURE REQUIREMENTS: | |
|---|---|
| Initial Certificate of Disclosure: | This Certificate must be signed by all incorporators. If more space is needed, complete and attach an Incorporator Attachment form C084. |
| Foreign corporations: | This Certificate may be signed by a duly authorized officer or by the Chairman of the Board of Directors. |
| Credit Unions and Loan Companies: | This Certificate must be signed by any 2 officers or directors. |

**JAMES MATTEOTTI**
Name

**180 PHILLIPS HILL RD.**
Address 1

**STE 3A**
Address 2

**NEW CITY** | **NY** | **10956**
City | State | Zip

**UNITED STATES**
Country

Name

Address 1

Address 2

City | State | Zip

Country

**SIGNATURE** – see Instructions C003i:

By typing or entering my name and checking the box marked "I accept" below, I acknowledge *under penalty of law* that this document together with any attachments is submitted in compliance with Arizona law.

**SIGNATURE** – see Instructions C003i:

By typing or entering my name and checking the box marked "I accept" below, I acknowledge *under penalty of law* that this document together with any attachments is submitted in compliance with Arizona law.

☒ I ACCEPT

*/s/ James Matteotti*
Signature

**JAMES MATTEOTTI   2/11/22**
Printed Name                                    Date

☐ I ACCEPT

Signature

Printed Name                                    Date

**REQUIRED – check only one:**

☒ **Incorporator** – I am an incorporator of the corporation submitting this Certificate.

☐ **Officer** – I am an officer of the corporation submitting this Certificate

☐ **Chairman of the Board of Directors** – I am the Chairman of the Board of Directors of the corporation submitting this Certificate.

☐ **Director** – I am a Director of the credit union or loan company submitting this Certificate.

**REQUIRED – check only one:**

☐ **Incorporator** – I am an incorporator of the corporation submitting this Certificate.

☐ **Officer** – I am an officer of the corporation submitting this Certificate

☐ **Chairman of the Board of Directors** – I am the Chairman of the Board of Directors of the corporation submitting this Certificate.

☐ **Director** – I am a Director of the credit union or loan company submitting this Certificate.

Expedited or Same Day/Next Day services are available for an additional fee – see Instructions or Cover sheet for prices.

| Filing Fee: None | Mail: Arizona Corporation Commission - Examination Section |
|---|---|
| All fees are nonrefundable - see Instructions. | 1300 W. Washington St., Phoenix, Arizona 85007 |
| | Fax (for Regular or Expedite Service ONLY): 602-542-4100 |
| | Fax (for Same Day/Next Day Service ONLY): 602-542-0900 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business. All documents filed with the Arizona Corporation Commission are public record and are open for public inspection. If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

C003.005
Rev: 6/2020

Arizona Corporation Commission – Corporations Division
Page 2 of 2