From: M. BURR KEIM CO   Fax: (215)977-9386   To:   Fax: (850) 617-6381   01/24/2022 1:17 PM



### Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H22000030592 3)))

H220000305923ABCX

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number   : (850)617-6381

From:
    Account Name   : M. BURR KEIM COMPANY
    Account Number : I19990000242
    Phone          : (215)563-8113
    Fax Number     : (215)977-9386

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address: _____

## FLORIDA PROFIT/NON PROFIT CORPORATION
### CHS LEON, INC.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $70.00 |

Electronic Filing Menu     Corporate Filing Menu                Help

From: M. BURR KEIM CO   Fax: 12159779386   To:   Fax: (850) 617-6381   Page: 2 of 3   01/24/2022 1:17 PM

(((H220000305923)))

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

**ARTICLES OF INCORPORATION**
In compliance with Chapter 607 and/or Chapter 621, F.S. (Profit)

## *ARTICLE I   NAME*

- The name of the corporation shall be: **CHS LEON, INC.**

## *ARTICLE II   PRINCIPAL OFFICE*

Principal street address
**1385 BROADWAY, STE. 1005**
**NEW YORK, NY 10018**

Mailing address, if different is:

## *ARTICLE III   PURPOSE*

The purpose for which the corporation is organized is: **To provide personnel staffing services.**

## *ARTICLE IV   SHARES*

The number of shares of stock is **200 SHARES NO PAR VALUE**

## *ARTICLE V   INITIAL OFFICERS AND/OR DIRECTORS*

Name and Title: **MAYER GOLDBERGER, PRESIDENT and SECRETARY**

Address  **1385 BROADWAY, STE. 1005**
**NEW YORK, NY 10018**

Name and Title:

Address _____

Name and Title: _____

Address _____

(((H220000305923)))

(((H220000305923)))

ARTICLE VI   REGISTERED AGENT

The <u>name and Florida street address</u> (P.O. Box **NOT** acceptable) of the registered agent i

Name:   Registered Agents Inc.

Address:   7901 4th Street N., Suite 300
           St. Petersburg, FL 33702

## *ARTICLE VII   INCORPORATOR*

The <u>name and address</u> of the Incorporator is:

Name:      JAMES MATTEOTTI
Address:   180 PHILLIPS HILL RD.,
STE. 3A, NEW CITY, NY  10956

(If an effective date is listed, the date must be specific and cannot be more than five days prior or 90 days after the filin;

Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as document's effective date on the Department of State's records.

*Having been named as registered agent to accept service of process for the above stated corporation at the place designated certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity*

_____       1/24/2002
Required Signature/Registered Agent                Date

*I submit this document and affirm that the facts stated herein are true. I am aware that the false information submitted in  to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.*

_____       01/20/2022
Required Signature/Incorporator                    Date

(((H220000305923)))