**HOME**

# Search Information

Home

## Entity Details

| | |
| --- | --- |
| Business ID#: | **6752411** |
| Entity Name: | **CHS BERNALILLO, INC.** |
| DBA Name: | **Not Applicable** |

| | |
| --- | --- |
| Status: | **Revoked** |
| Standing: | **Not in Good Standing** |

## Entity Type and State of Domicile

| | |
| --- | --- |
| Entity Type: | **Domestic Profit Corporation** |
| Benefit Corporation: | **No** |

| | |
| --- | --- |
| State of Incorporation: | **New Mexico** |
| Statute Law Code: | **53-11-1 to 53-18-12** |

## Formation Dates

| | |
| --- | --- |
| Date of Incorporation in NM: | **02/02/2022** |
| Date of Formation in State of Domicile: | **Not Applicable** |
| Date of Registration in NM: | **Not Applicable** |

| | |
| --- | --- |
| Date of Organization in NM: | **Not Applicable** |
| Date of Authority in NM: | **Not Applicable** |
| Management Type: | **N/A** |

## Reporting Information

| | |
| --- | --- |
| Report Due Date: | **04/15/2026** |
| Suspension Expiration Date: | |

| | |
| --- | --- |
| Next Annual Meeting Date: | |

## Period of Existence and Purpose and Character of Affairs

| | |
| --- | --- |
| Period of Duration: | **Perpetual** |
| Business Purpose: | **to provide personnel staffing services** |
| Benefit Purpose: | **Not Applicable** |
| Character Of Affairs: | |

## Outstanding Items

**Reports:**

| Fiscal year End Date | Report Due Date | Extended Report Due Date | Reporting Year | Filing Fee | Penalty | Total |
| --- | --- | --- | --- | --- | --- | --- |
| 12/31/2025 | 04/02/2022 | | 2025 | $25 | $200 | $225 |

**Total No. of Records: 1 Page 1 of 1**

**Registered Agent:**

No Records Found.

**License:**

No Records Found.

## Contact Information

| | |
|---|---|
| Mailing Address: | **1385 BROADWAY STE 1005, New York, NY 10018** |
| Principal Place of Business in New Mexico: | **1385 BROADWAY STE 1005, New York, NY 10018** |
| Secondary Principal Place of Business in New Mexico: | |
| Principal Office Outside of New Mexico: | **Not Applicable** |
| Registered Office in State of Incorporation: | |
| Principal Place of Business in Domestic State/ Country: | **Not Applicable** |
| Principal Office Location in NM: | **Not Applicable** |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | **Registered Agents Inc** | | |
| Geographical Location Address: | | | |
| Physical Address: | **530-B HARKLE ROAD, STE 100, Santa Fe, NM 87505** | Mailing Address: | **30 N Gould STE R, Sheridan, WY 82801** |
| Date of Appointment: | **02/02/2022** | Effective Date of Resignation: | |

## Director Information

| Title | Name | Address |
|---|---|---|
| Director | MOSHE GOLDBERGER | 1385 BROADWAY STE, New York, NY 10018 |

## Officer Information

| Title | Name | Address |
|---|---|---|

| Title | Name | Address |
|---|---|---|
| President | MOSHE GOLDBERGER | 1385 BROADWAY STE 1005, New York, NY 10018 |

## Organizer Information

Not Applicable

## Incorporator Information

| Title | Name | Address |
|---|---|---|
| Incorporator | JAMES MATTEOTTI | 180 PHILLIPS HILL RD, New City, NY 10956 |

## Trustee Information

Not Applicable

**Filing History**

**License History**

[ Back ]  [ Entity Name History ]  [ Return to Search ]