

From: M. BURR KEIM CO.      Fax: 12159779386          To:                    Fax: (8    617-6         Page    of 3      0    2022    05 AM

# Florida Department of State
## Division of Corporations
### Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H22000030206 3)))

‖‖‖‖‖ BARCODE ‖‖‖‖‖

H220000302063ABCP

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number      : (850)617-6381

From:
    Account Name    : M. BURR KEIM COMPANY
    Account Number  : I19990000242
    Phone           : (215)563-8113
    Fax Number      : (215)977-9386

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

    Email Address:_____

2022 JAN 24   FILED

## FLORIDA PROFIT/NON PROFIT CORPORATION
## CHS POLK, INC.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $70.00 |

Electronic Filing Menu      Corporate Filing Menu      Help



From: M. BURR KEIM CO    Fax: 12159779386        To:                Fax: (850) 617-6381            Page: 2 of 3        01/24/2022 11:05 AM

(((H220000302063)))

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

**ARTICLES OF INCORPORATION**
In compliance with Chapter 607 and/or Chapter 621, F.S. (Profit)

*ARTICLE I    NAME*
- The name of the corporation shall be:    CHS POLK, INC.

*ARTICLE II    PRINCIPAL OFFICE*

Principal **street** address                    Mailing address, if different is:
1385 BROADWAY, STE. 1005
NEW YORK, NY 10018

*ARTICLE III   PURPOSE*
The purpose for which the corporation is organized is:  To provide personnel staffing services.

*ARTICLE IV   SHARES*
The number of shares of stock is    200 SHARES NO PAR VALUE

*ARTICLE V    INITIAL OFFICERS AND/OR DIRECTORS*

Name and Title: TOVIA GOLDBERGER, PRESIDENT   and SECRETARY

Address        1385 BROADWAY, STE. 1005
NEW YORK, NY 10018

FILED 2022 JAN 24 AM 10:17 SECRETARY OF STATE

Name and Title:

Address

Name and Title:

Address

(((H220000302063)))

(((H220000302063)))

ARTICLE VI   REGISTERED AGENT

The <u>name and Florida street address</u> (P.O. Box NOT acceptable) of the registered agent i

Name:    Registered Agents Inc.

Address:   7901 4th Street N., Suite 300
           St. Petersburg, FL 33702

## <u>ARTICLE VII   INCORPORATOR</u>

The <u>name and address</u> of the Incorporator is:

Name:    JAMES MATTEOTTI
Address:   180 PHILLIPS HILL RD.,
STE. 3A, NEW CITY, NY  10956

2022 JAN 24 AM 10 17
SECRETARY OF STATE
TALLAHASSEE FLORIDA

FILED

(If an effective date is listed, the date must be specific and cannot be more than five days prior or 90 days after the filing

Note:  If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as document's effective date on the Department of State's records.

*Having been named as registered agent to accept service of process for the above stated corporation at the place designated certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity*

_____          1/24/2022
Required Signature/Registered Agent          Date

*I submit this document and affirm that the facts stated herein are true. I am aware that the false information submitted in to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.*

_____          01/20/2022
Required Signature/Incorporator              Date

(((H220000302063)))