**2021 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 844049

**Entity Name:** CORIZON HEALTH, INC.

**Current Principal Place of Business:**

103 POWELL COURT
BRENTWOOD, TN 37027

**Current Mailing Address:**

103 POWELL COURT
BRENTWOOD, TN 37027 US

**FILED**
Apr 13, 2021
Secretary of State
1206549903CC

**FEI Number:** 23-2108853

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                     Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | SEC | | Title | CEO |
| Name | KING, J. SCOTT | | Name | HYMAN, JAMES |
| Address | 103 POWELL COURT | | Address | 103 POWELL COURT |
| City-State-Zip: | BRENTWOOD TN 37027 | | City-State-Zip: | BRENTWOOD TN 37027 |
| Title | CFO | | Title | ASST. SECRETARY |
| Name | SHOLEY, F. JEFFREY | | Name | FINGER, JENNIFER |
| Address | 103 POWELL COURT | | Address | 103 POWELL COURT |
| City-State-Zip: | BRENTWOOD TN 37027 | | City-State-Zip: | BRENTWOOD TN 37027 |
| Title | ASST. SECRETARY | | Title | ASST. SECRETARY |
| Name | PATEL, MAYA | | Name | BARTOLI, TRACY |
| Address | 103 POWELL COURT | | Address | 103 POWELL COURT |
| City-State-Zip: | BRENTWOOD TN 37027 | | City-State-Zip: | BRENTWOOD TN 37027 |
| Title | DIRECTOR | | Title | CMO |
| Name | HYMAN, JAMES | | Name | LADELE, M.D., AYODEJI |
| Address | 103 POWELL COURT | | Address | 103 POWELL COURT |
| City-State-Zip: | BRENTWOOD TN 37027 | | City-State-Zip: | BRENTWOOD TN 37027 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: F. JEFFREY SHOLEY                     CFO                     04/13/2021

Electronic Signature of Signing Officer/Director Detail                     Date

**Officer/Director Detail Continued :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR, CHAIRMAN | | Title | DIRECTOR, VICE CHAIRMAN |
| Name | FLACKS, MICHAEL | | Name | RYPKIN, MICHEL |
| Address | 103 POWELL COURT | | Address | 103 POWELL COURT |
| City-State-Zip: | BRENTWOOD  TN  37027 | | City-State-Zip: | BRENTWOOD  TN  37027 |

Title  DIRECTOR
Name  GASSENHEIMER, JAMES
Address  103 POWELL COURT
City-State-Zip:  BRENTWOOD  TN  37027