UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

William Kelly,

        Plaintiff(s),                    Case No. 22-10589

v.                                          Honorable Terrence G. Berg

Corizon Health Inc., et al.,

        Defendant(s).
_____/

**ORDER RE: DISQUALIFICATION OF JUDGE**

    Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

    **IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: August 29, 2022                        s/Terrence G. Berg
                                                      Terrence G. Berg
                                                        U.S. District Judge

---

    Pursuant to this order, this case is reassigned to Judge Mark A. Goldsmith.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: August 29, 2022                        s/N. Ahmed
                                                        Deputy Clerk