# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

WILLIAM KELLY

    Plaintiff,

v.

CORIZON HEALTH, Inc.
a Delaware corporation,;
QUALITY CORRECTIONAL CARE
OF MICHIGAN, P.C., a Michigan
professional corporation;
JOSHUA KOCHA;
DANIELLE ALFORD;
LEILA GHASEMI;
DR. RAVI YARID;
DR. RICHARD A. BOHJANEN,
And DR. TODD K. BOSTWICK

    Defendants,
_____/

Case No. 2:22-cv-10589
District Judge: Mark A. Goldsmith
Magistrate Judge: David R. Grand

_____

Laurence H. Margolis (P69635)
Ian T. Cross (P83367)
*Margolis & Cross*
Attorneys for Plaintiff
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com

Paul J. Dwaihy (P66074)
Christopher Kwiecien (P77878)
*Tanoury, Nauts, McKinney & Dwaihy, PLLC*
Attorneys for Defendant Todd K. Bostwick, M.D.
38777 Six Mile Rd., Ste. 101
Livonia, MI 48152
(313) 964-4500
paul.dwaihy@tnmdlaw.com
christopher.kwiecien@tnmdlaw.com

Jonathan C. Lanesky (P59740)
Nicholas B. Pillow (P83927)

Case 2:22-cv-10589-MAG-DRG   ECF No. 39, PageID.1795   Filed 10/01/22   Page 2 of 16

*Chapman Law Group*
Attorneys for Defendants Corizon Health, Inc., Quality Correctional Care of Michigan, Richard Bohjanen, M.D., Ravi Yarid, D.O., Danielle Alford, P.A., Joshua Kocha, P.A., and Leila Ghasemi, N.P.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com

## PLAINTIFF WILLIAM KELLY'S WITNESS LIST

NOW COMES Plaintiff, WILLIAM KELLY, by and through his attorneys, LAURENCE H. MARGOLIS and IAN T. CROSS, submitting the following list of witnesses he may call at the time of trial:

1. William Kelly

2. Kaimila Kelly

3. Angela Brooks

4. Lakisha Scott

5. Nell Kelly

6. Bryan Patton

7. Todd K. Bostwick, M.D.

8. Joshua Kocha, PA

9. Danielle Alford, PA

10. Leila Ghasemi, PA

11. Ravi Yarid, D.O.

12. Richard Bohjanen, M.D.

13.  Dr. Daniel Cousin (**Potential Expert – Radiology**)

**Contact information:** 304 Indian Trace, #884, Weston, FL 33326

14. Dr. Robert Freed (**Potential Expert – Radiology**)

**Contact information:** 1151 Freeport Rd, Box #264, Pittsburgh, PA 15238

15. Dr. Nivedita Dhar (**Potential Expert – Urology**)

**Contact information:** 2681 Covington Place, Bloomfield Hills, MI 48301

16. Raymond Mooney, PA (**Physician Assistant Expert – Correctional Medicine**)

**Contact information:** 415 Lazio Circle, DeBary, FL 32713

17. Dr. Susan E. Lawrence (**Potential Expert – Correctional Medicine, Oncology**)

**Contact information:** 2851 West Avenue L #302, Lancaster, CA 93536

18. Dr. Prince Singh, M.D. (**Potential Expert – Nephrology, Internal Medicine**)

**Contact information:** 1001 E. Superior St., Ste. 201, Duluth, MN

19. Marty Hearyman, M.D. (**Potential Expert – Correctional Medicine, Internal Medicine, primary care**)

**Contact information:** 1019 Golf Course Dr. Searcy, AR 72143

20. David M. Mathis, M.D. (**Potential Expert – Correctional Medicine, Internal Medicine, primary care**)

**Contact information:** 4107 Casper Way, Napa, CA 94558

21. Ryan D. Herrington, M.D. (**Potential Expert – Correctional Medicine, Internal Medicine, primary care**)

**Contact information:** 4250 Martin Way E., Ste. 105, PMB 125, Olympia, WA 98516

22. Dr. Sherry O'Donnell, D.O. (**Potential Expert – Internal Medicine, primary care**)

**Contact information:** 3911 Stonegate Park, Saint Joseph, MI 49085

23. Michael Ketslakh (**Potential Expert – Medical Imaging, Healthcare Enterprise Management**)

**Contact information:** 39595 W 10 Mile Rd # 102 Novi, Michigan 48375

23. Any and all physicians, nurses, assistants, technicians, or other care providers at Quality Correctional Care of Michigan, P.C. including its affiliated and successor entities who participated in the care and treatment of Mr. Kelly.

24. Christine Sangalli

25. Andrew J. Poole III

26. Doris Whorley

27. Andrew Fornes

28. Dr. Eric Stockall, M.D.

29. Isaac Lefkowitz

30. Sara Tirschwell

31. David Gefner

32. Jay Leitner

33. Abraham Goldberger

34. Any and all physicians, nurses, assistants, technicians, or other care providers at Baraga County Memorial Hospital who participated in the care and treatment of Mr. Kelly, including, but not limited to:

>Brian McVey, MD*
>
>George Krzymowski, MD*
>
>Jonathan Neufeld, MD*
>
>Thomas Legalley, MD*

35. Any and all physicians, nurses, assistants, technicians, or other care providers at McLaren Greater Hospital who participated in the care and treatment of Mr. Kelly.

36. Any and all physicians, nurses, assistants, technicians, or other care providers at Karmanos Cancer Institute who participated in the care and treatment of Mr. Kelly.

37. Any and all physicians, nurses, assistants, technicians, or other care providers at Capitol Urological Associates who participated in the care and treatment of Mr. Kelly, including, but not limited to:

>  Borys Hrunczenko, MD*
>  Cynthia Stuard, NP*
>  Elizabeth Pelletier, PA*
>  Gregory Mitchinson, MD*
>  Jacob Clapper, PA*
>  Karen Houchlei*
>  Natasha Chinoy*
>  Nicole Shippy*
>  Phillips Hartgerink, MD*
>  Swetha Pentapati, MD*
>  Eric Stockall, M.D.

38. Any and all physicians, nurses, assistants, technicians, or other care providers at UP Health System Marquette who participated in the care and treatment of Mr. Kelly, including, but not limited to:

    Andrew Johnson, RN*
    Daniel Decliveria*
    David Grant, MD*
    Erik Richter, MD*
    Gary Friesen, MD*
    James Picotte*
    Jay Lonsway, DO*
    Jill Thomas, NP*
    John Toomey*
    Jonathan Bjork*
    Kimberly McLain, NP*
    Kristi Johnson*
    Michelle Harris, MD*
    Patrcia Lange-Hollowood, RN*
    Ryan Budloo, MD*
    Thomas Massie, MD*
    Wihib Gebregeorgis*
    Michael Harris, MD*
    Andrew Johnson*
    Rhena MacGillvray*
    Jay Lonsway, DO*

39. Any and all physicians, nurses, assistants, technicians, or other care providers at MSU Health Care Hematology and Oncology Center who participated in the care and treatment of Mr. Kelly, including, but not limited to:

    Borys Hrinczenko*
    Daniel Isaac, DO*
    David Stockman, MD*
    Dr. Gugazzi*
    John Bartnik, DO*

   Osama Mosalem*
   Peter Morden, MD*
   Ryan Gennette, NP*
   Swetha Pentapati, MD*

40. Any and all physicians, nurses, assistants, technicians, or other care providers at Oncology Hematology Associates of Saginaw Valley, P.C. who participated in the care and treatment of Mr. Kelly, including, but not limited to:

   Bei Liu, MD*
   Bonnie Baxter, NP*
   Cassi Honeman, LPN*
   Cecilia Kraus-Horbal, DO*
   Dawn Day, RN*
   Jeffrey Carney, MD*
   John Bartnik, MD*
   Katrina Alcock, RN*
   Marina Ananich*
   Mark Ludka, MD*
   Matthew French*
   Shannon Ochoa, NP*
   Teresa Legg*

41. Any and all physicians, nurses, assistants, technicians, or other care providers at Ascension St. Mary's Hospital who participated in the care and treatment of Mr. Kelly, including, but not limited to:

   Lindy Torrey*
   Ghani Muammad*

42. Any and all physicians, nurses, assistants, technicians, or other care providers at the Michigan Department of Corrections including medical

facilities, including, but not limited to Duane Waters Health Center who participated in the care and treatment of Plaintiff, including but not limited to:

Aaron Jeffrey, RN*
Abigail Burke, RN*
Abigail VanAlst, RN*
Adam Foster, RN*
Adria Roach, RN*
Amy Rajala, RN*
Ashley Kopicko*
Barbara Mulnix, RN*
Bonnie Steede, RN*
Brian Stricklin*
Brittney Stilson, RN*
Calvin Burdick, RN*
Caren Albercook, MD*
Cari Keene, LPN*
Chad Hewitt, RN*
Charles Jamsen, MD*
Christina Russell, RN*
Christine Bourdon, RN*
Christine M. Ives- Brooks, LPN*
Christopher Lao, MD*
Christy Negrinelli, RN*
Chung Oh, DO*
Cindy Speer*
Connie McCool*
Corey Grahn, NP*
Crystal Trout, RN*
Crystal Wood, RN*
Danielle Alford, PA*
Darel Woolsey*
David Finegan, RN*

Dawn Coon, RN*
Denise Prater, LPN*
Dennis Lester, RN*

Derek Falk, NP*
Diana Anderson, LPN*
Diane Canterbury Miller*
Dorothy Nalson, RN*
Edward Riehle, RN*
Elizabeth Corrigan, RN*
Emilee Lantis, RCA*
Ephraim Habtemariam, RN*
Erin Griffith, NP*
Evonne McGinty, RN*
Gail Staley, RN*
Glen Linsley, DO*
Goulden Egbuchulam, LPN*
Gregory Mitchinson*
Heather Potter, RRT*
Heather VanDussen, RN*
Jaclyn Wright, LPN*
James Hense, RN*
Jamie Monville*
Dr. Janak Bhavsar*
Jenda Cole*
Jennifer Bouck*
Jennifer Collins*
Jennifer Dobrzynski, LPN*
Jessica Wright, RN*
Jo Ann Samuelson, NP*
Jodi Nakata, RN*
Joe Wixtrom, RN*

JonPaul Remus, RN*
Joseph Burns, MSW*

| | |
|---|---|
| Joshua Czarniowski* | Michelle Brussow* |
| Joshua Kocha, PA* | Nancy Smith, RN* |
| Kaelynn Pfeil* | |
| Kandyce Maier, RN* | |
| Karina Beals, LPN* | |
| Karina Beals, LPN* | |
| Katherine Flegel, RN* | |
| Kathleen Pulford* | |
| Kathryn Harrison, LPN* | |
| Kayci Hutchins, RN* | |
| Kaylene Graham, RN* | |
| Keith Papendick, MD* | |
| Kelly Wellman, RD* | |
| Kristen Austin, NP* | |
| Kristen Brown, RN* | |
| Kristin Maxson, RN* | |
| Laura Rurka* | |
| Laurie Fry, NP* | |
| Leila Ghasemi, NP* | |
| Lisa Rosseau* | |
| Lisa Stone* | |
| Lisa Wurmlinger, RN* | |
| Lora Phelan, RN* | |
| Lori Schlenker* | |
| Lori Schlenker, RN* | |
| Mackenzie Fairbanks, RCA* | |
| Marina Meddaugh, RCA* | |
| Mark Boomershine, PA* | |
| Mark Butler, RN* | |
| Mark Haynes, LPN* | |
| Matthew Kasper, RN* | |
| Melissa Schulz, RN* | |
| Michelle Arnett, RN* | |

Natalya Stokeley-Hamdan*
Nicole Sundberg*
Nigel Wyckoff, RN*
Nikki Bradfford*
Nikkida Price, NP*
Nita Roberts-Piirainen, NP*
Paige Hillier, RN*
Pamela Sanders, RD*
Patricia Lewis, NP*
Rachael Nastally, RCA*
Ravi Yarid, DO*
Renee Hendrick, NP*
Richard Bohjanen, MD*
Richard Evans, PA*
Robert Lacy, DO*
Ronald Drinkert, NP*
Sandra Cavender*
Sandra Corbin, LMSW*
Shameka Cawthorn*
Sheryl Mullenix, RN*
Stacey Neves, RN*
Stacy Lindahl, NP*
Stacy Sylvie, MD*
Susan Gustafson, RN*
Susan Stone*
Tammy Bernstein, RCA*
Tammy Kelly, NP*
Tari Byrne, RN*
Tina Ozukwe, LPN*
Trudy Duquette, RN*
Vicki Carlson, RN*

Vicki Usitalo, RN*
Victoria Hallet, DO*
William Schmuggerow, MD*

43. Any and all physicians, nurses, assistants, technicians, or other care providers at Henry Ford Health System who participated in the care and treatment of Mr. Kelly, including, but not limited to:

> Amber Howe*
> Marcia Ford*
> Randall Jordan*
> Samir Parikh, MD*
> Torey Bostater*
> Victoria Hallett, DO*

44. Any and all past or present employees, agents, or records custodians of any and all doctors, hospitals, offices or clinics or other treatment centers where Mr. Kelly received treatment at any time, including, but not limited to, those heretofore named.

45. Any and all past or present employees, agents, or records custodians of Medicaid.

46. Any and all past or present employees, agents, or records custodians of Medicare.

47. Any and all past or present employees, agents, or records custodians of any and all insurance and/or benefit programs to which of Mr. Kelly subscribed and/or was a member or beneficiary, including, but not limited to Blue Care Network.

48. Records custodians for any and all medical, hospital, insurance, employment, income tax, and/or other court and state and federal agency records associated with Mr. Kelly, including, but not limited to:

>Internal Revenue Service
>CMS
>Michigan Department of Community Health
>U.S. Department of Labor
>Michigan Department of Treasury
>Michigan Department of Health and Human Services
>Michigan Department of State

49. Any and all past or present employees, agents, or records custodians of past employers of Mr. Kelly.

50. Any and all lay witnesses named by Defendants.

51. Any and all persons whose names appear in any medical record of Mr. Kelly

52. All persons listed by any party, even if not called by that party at the time of trial.

53. All persons whose identities are revealed by way of discovery.

54. All persons deposed and to be deposed.

55. Any and all treating medical personnel whose identity was not determined at the time of the submission of this Witness List.

56. Any necessary and/or desired rebuttal and/or impeachment witnesses.

57. Any and all witnesses necessary to lay a proper foundation for an exhibit to be offered by Plaintiff at trial.

58. Plaintiff specifically reserves the right to amend and add to this Witness List the names of further witnesses and expert witnesses.

59. Plaintiff reserves the right to elicit expert medical testimony from any and all physicians and other health care professionals listed above within their respective areas of practice, including testimony relating to, but not limited to, standard of care, proximate cause, and damages.

60. Mason Gill

61. Eugene Mitchell, Jr.

62. Jennifer Flowers

63. Jeff Sholey

64. Dale R. Thompson, Jr.

65. Jen Bendele

66. Andrew Lyles

67. Dr. Jan Watson

68. Angela Fischer

69. Laura Cameron

70. Dana Blake

71. Michelle Brussow

72. Ambra Ehle

73. Ronnie Fritz

74. MaryAnn Graham

75. Krystin Mills

Pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiff will disclose his retained and non-retained expert witnesses in accordance with this Court's Scheduling Order and/or the Federal Rules of Civil Procedure. Plaintiff will also disclose the reports of their retained experts by the deadline set forth in the Court's Scheduling Order and/or in accordance with the Federal Rules of Civil Procedure.

\*      Plaintiff reserves the right to elicit expert testimony from any and all of these witnesses within their respective areas of expertise.

Respectfully submitted,

Date: October 1, 2022

/s/ *Ian T. Cross*
Ian T. Cross (P83367)
Laurence H. Margolis (P69635)
Attorneys for Plaintiff
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
larry@lawinannarbor.com