UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

william Kelly,

                    Plaintiff(s),

v.                                          Case No. 2:22−cv−10589−MAG−DRG
                                                        Hon. Mark A. Goldsmith

Corizon Health Inc., et al.,

                    Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to United States Magistrate Judge David R. Grand for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

    Motion to Substitute Party – #25

                                                  s/Mark A. Goldsmith
                                                  Mark A. Goldsmith
                                                  United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  s/K Sandusky
                                                  Case Manager