UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM KELLY,

        Plaintiff,                           Case No. 22-10589

vs.                                          HON. MARK A. GOLDSMITH

CORIZON HEALTH INC, et al.,

        Defendants.
_____/

## ORDER STAYING CASE

A suggestion of bankruptcy having been filed on the docket (Dkt. 52) concerning Tehum Care Services, Inc. d/b/a Corizon Health, Inc, and the United States Bankruptcy Court for the Southern District of Texas having issued an order extending the automatic stay to the instant case, the Court now stays this case as to all proceedings until further order of the Court. At an appropriate time, the Court intends to invite the parties to submit their views on the extent to which this Order should be modified to allow this case to proceed, in part or in full.

        SO ORDERED.

Dated: March 31, 2023                                s/Mark A. Goldsmith
       Detroit, Michigan                              MARK A. GOLDSMITH
                                                           United States District Judge