UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM KELLY,

       Plaintiff,

v.

CORIZON HEALTH, INC. et al.,

       Defendants.
_____/

Case No. 22-cv-10589

HON. MARK A. GOLDSMITH

## ORDER REGARDING PENDING MOTION (Dkt. 56) AND PLAINTIFF'S OBJECTION TO ORDER ON MOTION TO SUBSTITUTE PARTY (Dkt. 44)

This matter has been stayed due to the pending bankruptcy proceedings concerning Tehum Care Services, Inc. d/b/a Corizon Health, Inc. The Court has been following the bankruptcy proceedings and has learned that a settlement may have been reached, which will be set forth in a Joint Plan for Reorganization by the Debtor and Unsecured Creditors Committee within the next few months. In light of the apparent progress being made in the bankruptcy proceedings, the Court overrules without prejudice Plaintiff's objection to the order on Plaintiff's motion to substitute party (Dkt. 44). As to the motion for withdrawal of attorney (Dkt. 56), the moving party must file a statement within 14 days of this order stating whether it wishes to proceed with the motion, notwithstanding the apparent progress being made in the bankruptcy proceedings.

      SO ORDERED.

Dated: September 29, 2023　　　　　　　　　s/Mark A. Goldsmith
      Detroit, Michigan　　　　　　　　　　　　MARK A. GOLDSMITH
                                            United States District Judge