UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

William Kelly

    Plaintiff,

v.

Corizon Health, Inc., et al.

    Defendants.

Case No: 2:22-cv-10589
District Judge: Mark A. Goldsmith
Magistrate Judge: David R. Grand

MARGOLIS & CROSS
Ian T. Cross (P83367)
Laurence H. Margolis (P69635)
*Attorneys for Plaintiff*
214 S. Main St., Suite 200
Ann Arbor, MI 48104
(734) 994-9590
ian@lawinannarbor.com

TANOURY, NAUTS, MCKINNEY, & DWAIHY, PLLC
Paul J. Dqaihy (P66074)
Christopher Kwiecien (P77878)
Attorneys for Todd Bostwick, M.D.
38777 Six Mile Rd., Ste. 101
Livonia, MI 48152
(313) 964-4500
Paul.dwaihy@tnmdlaw.com
Christopher.kwiecien@tnmdlaw.com

BUTZEL LONG
Max J. Newman (P51483)
*Attorney for YesCare/CHS TX, Inc.*
41000 Woodward Avenue
Bloomfield Hills, MI 48304
248-258-2907
newman@butzel.com

CHAPMAN LAW GROUP
Jonathan C. Lanesky (P59740)
Nicholas B. Pillow (P83927)
*Attorneys for Corizon Health, Inc., Quality Correctional Care of Michigan, Richard Bohjanen, M.D., and Joshua Kocha, P.A.*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com

HACKNEY, ODLUM, & DARDAS
Thomas G. Hackney (P81283)
*Attorneys for Danielle Alford, P.A., Leila Ghasemi, N.P., and Ravi Yarid, D.O.*
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684
(231) 642-5057
thackney@hodlawyers.com

**DEFENSE COUNSEL CHAPMAN LAW GROUP AND ITS ATTORNEY'S STATEMENT THAT THEY WISH TO PROCEED WITH THEIR MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS CORIZON HEALTH, INC., QUALITY CORRECTIONAL CARE OF MICHIGAN, RICHARD BOHJANEN, M.D., AND JOSHUA KOCHA, P.A.**

NOW COMES the undersigned Defense Counsel and the law firm of CHAPMAN LAW GROUP, and for their Statement that they Wish to Proceed with Their Motion to Withdraw as Attorneys in this matter, state as follows:

1. Following the declaration of bankruptcy, Chapman Law Group, through retained counsel, attempted to negotiate with Corizon's bankruptcy attorneys to be hired under the bankruptcy to defend individual insureds. On or about April 25, 2023, those negotiations broke down when Corizon Attorneys indicated no intent to provide defense or indemnity to the individual insureds.

2. Accordingly, Chapman Law Group is not currently being paid for any legal defense or counseling provided to former Corizon employees and is owed substantial outstanding legal fees.

3. On or about May 22, 2023, Chapman Law Group filed a Complaint against YesCare Corp., Isaac Lefkowitz, and Scott King, alleging that Mr. Lefkowitz and Mr. King made false representations and assurances to Chapman Law Group to fraudulently induce them into continued legal representation of Corizon insureds while YesCare and Mr. Lefkowitz planned to bankrupt a financially unstable

Corizon in the near future. *See Chapman & Associates, P.C. d/b/a Chapman Law Group v. YesCare, Corp, et. al, Case No. 2:23-cv-11210I.*

    4.     By virtue of the bankruptcy the interests of Corizon and its insured(s) are in conflict. Additionally, the claims raised in Chapman Law Group's Complaint in *Case No.2:23-cv-112101* add another layer of conflict wherein CLG is directly suing an entity they claim is financially responsible for Corizon's defense costs for both Corizon and its insureds. Counsel cannot represent its interests and the interests of the former Corizon employees without adversely impacting its duty to Corizon as a client/former client.

    5.     Any progress being made or Joint Plan for Reorganization by the debtor and Unsecured Creditors Committee in the Corizon bankruptcy proceeding, as referenced in the Court's Order Regarding Motions (**ECF No. 57**), has no bearing on Chapman Law Group's continued conflicts of interest in defending the individual former Corizon employees in litigation where Corizon served as the insurer providing defense and indemnity to the former Corizon employees. Since the bankruptcy, absolutely no payment of defense costs has been made to Chapman Law Group and no indication that Corizon or a successor in interest plan to stand behind their defense/indemnity has been given. Moreover, Chapman Law Group remains in active litigation against YesCare, Inc., related to claims that it is an alter ego of

Corizon responsible for fraudulently inducing Chapman Law Group into providing continued legal services with no intention of paying for same.

6. Accordingly, all conflicts of interest and issues with Chapman Law Group's continued representation of former Corizon employees remain. For the reasons stated above, the undersigned Defense Counsel and the law firm of CHAPMAN LAW GROUP Wish to Proceed with their Motion to Withdraw as Attorneys in this matter.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: October 13, 2023

*/s/ Nicholas Pillow*
Jonathan C. Lanesky (P59740)
Nicholas B. Pillow (P83927)
Attorney for Corizon Defendants
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com

## PROOF OF SERVICE

I hereby certify that on October 13, 2023, pursuant to Fed. R. Civ. P. 5(b)(2)(E), I presented Chapman Law Group's Motion to Withdraw as Counsel to the Clerk of the Court for filing and uploading to the ECF system which will send notification of such filing to the attorneys of record listed herein.

*/s/ Nicholas Pillow*
Nicholas B. Pillow (P83927)