UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM KELLY,

        Plaintiff,

                                    Case No. 22-cv-10589

v.

                                    HON. MARK A. GOLDSMITH

CORIZON HEALTH, INC. et al.,

        Defendants.

_____/

## ORDER GRANTING DEFENSE COUNSEL CHAPMAN LAW GROUP'S AND ITS ATTORNEYS' MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS (Dkt. 56)

This matter having come before the Court on Defense Counsel Chapman Law Group's and its Attorneys' Motion to Withdraw as attorneys in this matter (Dkt. 56), and with the Court being otherwise fully advised in the premises;

NOW, THEREFORE:

IT IS HEREBY ORDERED that for the reasons set forth on record and in Chapman Law Group's motion, this Court finds compelling Chapman Law Group's and its attorneys' reasons for withdrawal, which include:

(a) consideration of the lawyers' conflicts of interest, conflicting client loyalties, and adverse positions with respect to Corizon Health, Inc. (Corizon), as identified in the Michigan Rules of Professional Conduct (MRPC) 1.7 and 1.9;

(b) that the lawyers have taken reasonable steps to protect these clients' interest and avoid prejudice to these clients, as identified in MRPC 1.16(d), including the clients having been given reasonable time to retain or consult with subsequent counsel, and this case having been stayed for a considerable amount of time following Corizon's filing of bankruptcy;

(c) that the lawyers' continued representation imposes a severe hardship and financial burden on the lawyers since the lawyers are not being paid for their legal services and litigation expenses, and are already owed a substantial sum in outstanding legal fees and defense costs;

(d) that Chapman Law Group's ancillary pending litigation against Corizon's former corporate officers causes further undue strategic hardship on Chapman Law Group's continued defense of this case and an inability to communicate and obtain Corizon's company-related documents and information (e.g., medical records, internal files, policies and procedures, employee training materials, employee schedules, identification and pertinent information of other Corizon staff involved in this matter) which are in Corizon's possession and control and might be necessary for a proper defense of Corizon's former employees, effectively resulting in a breakdown in communication and of the attorney-client relationship (see MRPC 1.4 and 1.16(b)(4)(6)); and

(e) that any risk of prejudice to the clients would be low and not sufficiently severe to justify denial of the lawyers' motion to withdraw given the reasons for the lawyers' decision to withdraw, as outlined above. See Brandon v. Blech, 560 F.3d 536 (6th Cir. 2009) and King v. Curtis, 610 Fed. Appx. 534 (6th Cir. 2015).

IT IS HEREBY ORDERED that Defense Counsel Chapman Law Group's and its Attorneys' Motion to Withdraw as attorneys in this matter (Dkt. 56) is GRANTED subject to complying with its obligations as set forth below. Within two business days of the entry of this Order, Chapman Law Group must send a copy of this Order, by U.S. mail and electronic mail, to all parties whom it has represented in this action who remain as Defendants. All such parties will have 21 days from the entry of this Order for an attorney to file an appearance on their behalf. Chapman Law Group must monitor the docket to determine if an attorney has filed an appearance

within the 21-day period. If no appearance is filed on behalf of any such party, then the Chapman

Law Group must file a notice of address change on the docket supplying the following information

for purposes of service and/or contact by the Court: U.S. mail address, email address, and phone

number.

        IT IS HEREBY FURTHER ORDERED that this case remains stayed until further notice

from the Court.

        SO ORDERED.

Dated:  March 28, 2024                                s/Mark A. Goldsmith
       Detroit, Michigan                            MARK A. GOLDSMITH
                                           United States District Judge