# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

William Kelly

    Plaintiff,

v.

Corizon Health, Inc., et al.

    Defendants.

Case No: 2:22-cv-10589
District Judge: Mark A. Goldsmith
Magistrate Judge: David R. Grand

---

| | |
|---|---|
| Ian T. Cross (P83367) | BUTZEL LONG |
| Laurence H. Margolis (P69635) | Max J. Newman (P51483) |
| *Attorneys for Plaintiff* | *Attorney for YesCare/CHS TX, Inc.* |
| 214 S. Main St., Suite 200 | 41000 Woodward Avenue |
| Ann Arbor, MI 48104 | Bloomfield Hills, MI 48304 |
| (734) 994-9590 | 248-258-2907 |
| ian@lawinannarbor.com | newman@butzel.com |
| | (248) 644-6326 |
| TANOURY, NAUTS, MCKINNEY, & DWAIHY, PLLC | HACKNEY, ODLUM, & DARDAS |
| Paul J. Dqaihy (P66074) | Thomas G. Hackney (P81283) |
| Christopher Kwiecien (P77878) | *Attorneys for Danielle Alford, P.A.,* |
| *Attorneys for Todd Bostwick, M.D.* | *Leila Ghasemi, N.P., and Ravi Yarid, D.O.* |
| 38777 Six Mile Rd., Ste. 101 | 10850 E. Traverse Hwy., Suite 4440 |
| Livonia, MI 48152 | Traverse City, MI 49684 |
| (313) 964-4500 | (231) 642-5057 |
| Paul.dwaihy@tnmdlaw.com | thackney@hodlawyers.com |
| Christopher.kwiecien@tnmdlaw.com | |

---

## **SUGGESTION OF DEATH**

Undersigned counsel in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that Plaintiff William Kelly died on or about April 11, 2025.

1

Dated: May 12, 2025					Respectfully Submitted,

*/s/ Ian T. Cross*
Ian T. Cross (P83367)
Laurence H. Margolis (P69635)
Attorneys for Plaintiff
402 W. Liberty St.
Ann Arbor, MI  48103
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com