# Exhibit 1:
# Death Certificate for William J. Kelly

**STATE OF MICHIGAN**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CERTIFICATE OF DEATH**

LF _____
CF 2025-0853

030165
STATE FILE NUMBER

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. DATE OF BIRTH | 3. SEX | 4. DATE OF DEATH |
|---|---|---|---|
| William J. Kelly | April 08, 1962 | Male | April 11, 2025 |

| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | 5a. AGE- Last Birthday (Years) 63 | 6b. UNDER 1 YEAR MONTHS / DAYS | 6c. UNDER 1 DAY HOURS- / MINUTES |
|---|---|---|---|
| | | | |

| 7a. LOCATION OF DEATH | 7b. CITY, VILLAGE OR TOWNSHIP OF DEATH | 7c. COUNTY OF DEATH |
|---|---|---|
| Covenant Health Care Harrison | Saginaw | Saginaw |

| 8a. CURRENT RESIDENCE - STATE | 8b. COUNTY | 8c. LOCALITY | 8d. STREET AND NUMBER |
|---|---|---|---|
| Michigan | Saginaw | Saginaw | 113 South 11th Street |

| 8e. ZIP CODE | 9. BIRTH PLACE | 10. SOCIAL SECURITY NUMBER | 11. DECEDENT'S EDUCATION |
|---|---|---|---|
| 48601 | Saginaw, Michigan | 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 | GED |

| 12. RACE | 13a. ANCESTRY | 13b. HISPANIC ORIGIN | 14. EVER IN THE U.S. ARMED FORCES? |
|---|---|---|---|
| Black | African American | No | No |

| 15. USUAL OCCUPATION | 16. KIND OF BUSINESS OR INDUSTRY | 17. MARITAL STATUS | 18. NAME OF SURVIVING SPOUSE If wife, give name before first married |
|---|---|---|---|
| Truck Driver | Unknown | Widowed | |

| 19. FATHER'S NAME (First, Middle, Last) | 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) |
|---|---|
| John Kelly | Nell Rose Patton |

| 21a. INFORMANT'S NAME | 21b. RELATIONSHIP TO DECEDENT | 21c. MAILING ADDRESS |
|---|---|---|
| Kaimila Kelly | Daughter | 113 South 11th Street, Saginaw, Michigan 48601 |

| 22. METHOD OF DISPOSITION | 23a. PLACE OF DISPOSITION | 23b. LOCATION - City or Village, State |
|---|---|---|
| Cremation | Memorial Fields Crematory | Breckenridge, Michigan |

| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | 25. LICENSE NUMBER | 26. NAME AND ADDRESS OF FUNERAL FACILITY |
|---|---|---|
| Kevin C. Behnke | 4501006366 | Paradise Funeral Chapel - Saginaw, 3100 S. Washington Ave., Saginaw, Michigan 48601 |

| 27a. CERTIFIER | 28a. ACTUAL OR PRESUMED TIME OF DEATH | 28b. PRONOUNCED DEAD ON | 28c. TIME PRONOUNCED DEAD |
|---|---|---|---|
| ☒ Certifying Physician - To the best of my knowledge, death occurred due to the cause(s) and manner stated. ☐ Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. Amir Iqbal, MD Signature and Title | 2215 Military Time | April 11, 2025 | 2215 Military Time |
| | 29. MEDICAL EXAMINER CONTACTED No | 30. PLACE OF DEATH Hospital | 31. IF HOSPITAL Inpatient |

| 27b. DATE SIGNED | 27c. LICENSE NUMBER | 32. MEDICAL EXAMINER'S CASE NUMBER | 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER |
|---|---|---|---|
| April 12, 2025 | 4301086378 | | |

34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN
Amir Iqbal, MD, 1447 North Harrison Street, Saginaw, Michigan 48602

| 35a. REGISTRAR'S SIGNATURE | 35b. DATE FILED |
|---|---|
| Vanessa Guerra | April 14, 2025 |

36. PART 1. ENTER the chain of events—diseases, injuries or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Stage IV Renal Cell Carcinoma DUE TO (OR AS A CONSEQUENCE OF) | Years |
| | b. Failure to Thrive DUE TO (OR AS A CONSEQUENCE OF) | Months |
| Sequentially list IF ANY, leading to the listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. DUE TO (OR AS A CONSEQUENCE OF) | |
| | d. | |

| PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE |
|---|---|---|
| | ☐ Yes  ☐ Probably ☒ No   ☐ Unknown | ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Unknown if pregnant within the past year ☐ Not pregnant, but pregnant 43 days to 1 year before death |

| 39. MANNER OF DEATH | 40a. WAS AN AUTOPSY PERFORMED? | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| Natural | No | Not Applicable |

| 41a. DATE OF INJURY | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|
| | | |

| 41d. INJURY AT WORK | 41e. PLACE OF INJURY | 41f. IF TRANSPORTATION INJURY | 41g. LOCATION |
|---|---|---|---|
| | | | |

**STATE OF MICHIGAN** )
**COUNTY OF SAGINAW** ) ss

I, Vanessa Guerra, Clerk of said County of Saginaw and Clerk of the Circuit Court for said County, do hereby certify as redacted that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Saginaw County Clerk's Office.

04/17/2025 A.D.

SEAL

Deputy Clerk

Vanessa Guerra
Saginaw County Clerk

OFFICE OF THE STATE REGISTRAR
MICHIGAN

700870390

700870390

VRHS11(1/24) Authority: MCL 333.2882

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED