UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

william Kelly,

                                Plaintiff(s),

v.                                            Case No. 2:22−cv−10589−MAG−DRG
                                                      Hon. Mark A. Goldsmith

Corizon Health Inc., et al.,

                                Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  January 26, 2026 at 02:00 PM

The public may access the audio proceedings with the following connection information:

***PHONE NUMBER:*** +1 (646) 828−7666
***MEETING ID:***    161 135 0705

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Joseph Heacox
                                                        Case Manager

Dated:  January 12, 2026