UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM KELLY,

    Plaintiff,

v.                                                                  Case No. 22-cv-10589
                                                             HON. MARK A. GOLDSMITH

CORIZON HEALTH, INC., et al.,

    Defendants.

_____/

**ORDER LIFTING STAY, SETTING DEADLINES FOR RETENTION OF COUNSEL AND FILING OF MOTIONS TO WITHDRAW, DENYING MOTION FOR STATUS CONFERENCE AS MOOT (Dkt. 63), and GRANTING MOTION TO SUBSTITUTE PARTY (Dkt. 62)**

      As discussed with the parties at the status conference held January 26, 2026, the Court orders as follows:

1. The stay previously entered in this matter is lifted, and all proceedings in the above-captioned case may resume.

2. Any unrepresented party that wishes to retain counsel must do so within 30 days of the entry of this Order. If no notice of appearance is filed by that date, the Court will deem the party proceeding pro se for the purposes of these proceedings if the party is an individual. If the party is an entity and no appearance has been filed, Plaintiff must seek entry of a default within 35 days of this Order .

3. Any attorney currently seeking to withdraw must file a motion to withdraw within 14 days of the entry of this Order.

4. The Court denies Plaintiff's motion for a status conference (Dkt. 63) as moot.

5. The Court grants Kaimila Kelly's, personal representative of William J. Kelly, deceased, motion to substitute party (Dkt. 62). The case caption is amended to

substitute Plaintiff William Kelly with KAIMILA KELLY, as personal representative for the estate of William J. Kelly, deceased.

**SO ORDERED.**

Dated: January 29, 2026  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 29, 2026.

s/Joseph Heacox  
JOSEPH HEACOX  
Case Manager