UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAIMILA KELLY, Personal Representative
of the Estate of WILLIAM J. KELLY, Deceased,

      Plaintiff,

v.

                                                         Case No. 22-cv-10589
                                                         HON. MARK A. GOLDSMITH

CORIZON HEALTH INC., et al.,

      Defendants.
_____/

### ORDER FOR HEARING ON MOTION TO WITHDRAW (DKT. 68) AND FOR STATUS CONFERENCE

      The Court will conduct a remote hearing via Zoom on Attorney Max Newman's motion to withdraw as counsel for CHS TX, Inc. and YesCare Corp. (Dkt. 68) on March 17, 2026, at 3:30 p.m. In connection with the motion to withdraw, counsel must advise whether CHS TX, Inc. intends to retain new counsel following his withdrawal.

      On the same date and at the same time, the Court will also conduct a status conference with the parties regarding what further proceedings may be required in this matter. By no later than March 11, 2026, the parties must file a joint statement outlining their respective positions.

      Connection information for the hearing will be forwarded to the participating parties and attorneys by email, and a separate notice will be issued on the docket with connection information for the public.

      **SO ORDERED.**

Dated: March 5, 2026                                       s/Mark A. Goldsmith
Detroit, Michigan                                         MARK A. GOLDSMITH
                                                        United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2026.

                                                s/Joseph Heacox
                                                JOSEPH HEACOX
                                                Case Manager