MIED (Rev. 5/05) Request for Clerk's Entry of Default

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kaimila Kelly, as P.R. of the Estate of William Kelly

Plaintiff(s),

v.

Case No. 2:22-cv-10589

Mark A. Goldsmith

Corizon Health, et. al.

Defendant(s).

_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

Quality Correctional Care of Michigan, P.C.   for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1.  The summons and complaint were served on   March 23, 2022   at

    40600 Ann Arbor Rd. E, Suite 201, Plymouth, MI   by

    certified mail.

2.  The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3.  The defendant is not an infant, incompetent person or a member of the military service.

4.  This statement is true and is signed under the penalty of perjury.

March 5, 2026

/s/ Ian T. Cross

Ian T. Cross
402 W Liberty St.
Ann Arbor MI
48103
ian@lawinannarbor.com
734-994-9590