UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kaimila Kelly, et al.,

                Plaintiff(s),

v.                                      Case No. 2:22−cv−10589−MAG−DRG
                                          Hon. Mark A. Goldsmith

Corizon Health Inc., et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default: Quality Correctional Care of Michigan, P.C.

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                      KINIKIA D. ESSIX, CLERK OF COURT

                                      By: s/ S. Schoenherr
                                            Deputy Clerk

Dated:  March 6, 2026