# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Kaimila Kelly, as Personal Representative
of the Estate of William J. Kelly,

Case No.: 2:22-cv-10589

*Plaintiff,*　　　　　　　　　　Hon.: Mark A. Goldsmith

v.

CHS TX, Inc, et. al.,

*Defendants.*

---

Laurence H. Margolis (P69635)　　　　Thomas G. Hackney (P81283)
Ian T. Cross (P83367)　　　　　*Attorney for Ravi Yarid, D.O.; Danielle*
*Attorneys for Plaintiff*　　　　*Alford, P.A., and Leila Ghasemi, N.P.*
402 W. Liberty St.　　　　　　10850 E. Traverse Hwy., Suite 4440
Ann Arbor, MI 48103　　　　　　　Traverse City, MI 49684
Phone: (734) 994-9590　　　　　　　　　　(231) 642-5057
larry@lawinannarbor.com　　　　　　thackney@hodlawyers.com
ian@lawinannarbor.com

　　　　　　　　　　　　　　　　Max J. Newman (P51483)
Paul J. Dwaihy (P66074)　　　　*Attorney for YesCare/CHS TX, Inc.*
Christopher Kwiecien (P77878)　　　　　41000 Woodward Avenue
Attorneys for Todd Bostwick, M.D.　　　　Bloomfield Hills, MI 48304
38777 Six Mile Rd., Ste. 101　　　　　　　　248-258-2907
Livonia, MI 48152　　　　　　　　　newman@butzel.com
(313) 964-4500
paul.dwaihy@tnmdlaw.com　　　　　Frederick C. Overdier, Esq.
christopher.kwiecien@tnmdlaw.com　　*Attorney for Joshua Kocha*
　　　　　　　　　　　　　　　　Braun, Kendrick
　　　　　　　　　　　　　　4301 Fashion Square Blvd.
　　　　　　　　　　　　　　　Saginaw, MI 48603-1297
　　　　　　　　　　　　　　　　　989-498-2100
　　　　　　　　　　　　　freove@braunkendrick.com

---

## JOINT STATEMENT OF COUNSEL REGARDING FURTHER PROCEEDINGS IN THIS MATTER

NOW COME the parties, by and through their respective counsel, and for their joint statement setting forth what further proceedings are required in this matter, state the following:

1.      Plaintiff intends to file a supplemental pleading to allege wrongful-death damages, as Mr. Kelly died during the pendency of this action and an amendment to the pleadings is required to preserve Plaintiff's claim for wrongful-death damages under Michigan law. *See* MCL § 600.2921.

2.      The future proceedings necessary in this matter depend, in part, on whether CHS TX, Inc. retains counsel and defends this claim. If CHS TX, Inc. does not retain counsel, Plaintiff intends to move for default judgment against it. If CHS TX, Inc. does retain counsel, further discovery will be necessary with respect to Plaintiff's claims against the CHS TX Defendants. CHS TX, Inc.'s current counsel intends to withdraw and has no opinion concerning what further proceedings may be necessary in this matter.

3.      Regardless of whether CHS TX, Inc. defends this claim, further proceedings will be necessary to resolve Plaintiff's medical-malpractice claim against Dr. Todd Bostwick, M.D., who is covered by his own malpractice insurance. Plaintiff and Dr. Bostwick propose a two-phase discovery plan. First, the parties propose a 120-day discovery period to file and respond to a supplemental pleading alleging

wrongful-death damages, complete depositions of Dr. Bostwick and the parties'

radiology standard-of-care experts, and complete facilitation.

4. If the parties cannot resolve the claim against Dr. Bostwick at facilitation

following standard-of-care discovery, the parties propose an additional 90 day

period prior to the dispositive motion deadline in which the parties can depose their

respective oncology causation experts.

Dated: March 11, 2026

/s/ Ian T. Cross
Ian T. Cross (P83367)
Laurence H. Margolis (P69635)
*Attorneys for Kaimila Kelly, as Personal*
*Representative of the Estate of William J. Kelly*
402 W. Liberty St.
Ann Arbor, MI 48103
734-994-9590
ian@lawinannarbor.com
larry@lawinannarbor.com

/s/ Thomas G. Hackney
Thomas G. Hackney
Attorney for Ravi Yarid, DO, Danielle Alford,
PA, and Leila Ghasemi, NP
10850 E. Traverse Hwy. Suite 4440
Traverse City, MI 49684
231-642-5026
thackney@hodlawyers.com

/s/ Frederick C. Overdier (with permission)
Frederick C. Overdier, Esq.
*Attorney for Joshua Kocha*
Braun, Kendrick
4301 Fashion Square Blvd.
Saginaw, MI 48603-1297
989-498-2100
freove@braunkendrick.com

3

*/s/Christopher Kwiecien (with permission)*
Paul J. Dwaihy (P66074)
Christopher Kwiecien (P77878)
Attorneys for Todd Bostwick, M.D.
38777 Six Mile Rd., Ste. 101
Livonia, MI 48152
(313) 964-4500
paul.dwaihy@tnmdlaw.com
christopher.kwiecien@tnmdlaw.com

*/s/ Max J. Newman (with permission)*
Max J. Newman (P51483)
*Attorney for YesCare/CHS TX, Inc.*
41000 Woodward Avenue
Bloomfield Hills, MI 48304
248-258-2907
newman@butzel.com

4