UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAIMILA KELLY, Personal Representative
of the Estate of WILLIAM J. KELLY, Deceased,

      Plaintiff,

v.

CORIZON HEALTH INC., et al.,

      Defendants.

Case No. 22-cv-10589
HON. MARK A. GOLDSMITH

_____/

### ORDER GRANTING MOTION TO WITHDRAW (DKT. 68)

For the reasons stated on the record at the Zoom hearing held March 17, 2026, Attorney Max Newman's motion to withdraw as counsel for CHS TX, Inc. and YesCare Corp. (Dkt. 68) is granted.

The entities that Mr. Newman formerly represented, CHS TX, Inc. and YesCare Corp., shall have until April 6, 2026 for new counsel to file an appearance.  If no attorney appears, other parties may seek appropriate relief, including defaults.

Withdrawing counsel must send a copy of this order by March 30, 2026 to the person(s) at each entity whom counsel reasonably believes is an appropriate contact person for legal matters. Withdrawing counsel must also file on the docket a memorandum stating the U.S. mailing address and email address at which each entity may be served or contacted.

      **SO ORDERED.**

Dated: March 27, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## **CERTIFICATE OF SERVICE**

   The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 27, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager
