# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

william Kelly, et al.,

               Plaintiff(s),

v.

                                    Case No. 2:22–cv–10589–MAG–DRG
                                    Hon. Mark A. Goldsmith

Corizon Health Inc., et al.,

               Defendant(s),

---

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  May 20, 2026 at 03:30 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/Joseph Heacox
                                          Case Manager

Dated:  May 1, 2026