UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

william Kelly, et al.,

                          Plaintiff(s),

v.                                              Case No. 2:22−cv−10589−MAG−DRG
                                                Hon. Mark A. Goldsmith

Corizon Health Inc., et al.,

                          Defendant(s),

_____

**NOTICE TO APPEAR REMOTELY**

   PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge Mark A. Goldsmith as follows:

   • STATUS CONFERENCE:  June 18, 2026 at 04:30 PM

   The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court¿s advance approval.

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Joseph Heacox
                                  Case Manager

Dated:   June 10, 2026