**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

Kaimila Kelly, as Personal Representative
of the Estate of William Kelly,
Plaintiff,

Case No.: 2:22-cv-10589
Hon.: Mark A. Goldsmith

v.

Dr. Todd Bostwick, et. al.,
Defendants.

Laurence H. Margolis (P69635)
Ian T. Cross (P83367)
*Attorneys for Plaintiff*
402 W. Liberty St.
Ann Arbor, MI 48103
Phone: (734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com

Paul J. Dwaihy (P66074)
Christopher Kwiecien (P77878)
Attorneys for Todd Bostwick, M.D.
38777 Six Mile Rd., Ste. 101
Livonia, MI 48152
(313) 964-4500
paul.dwaihy@tnmdlaw.com
christopher.kwiecien@tnmdlaw.com

Thomas G. Hackney (P81283)
*Attorney for Ravi Yarid, D.O.; Danielle Alford, P.A., and Leila Ghasemi, N.P.*
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684
(231) 642-5057
thackney@hodlawyers.com

Dr. Richard Bohjanen, M.D.
*pro se Defendant*
(906) 249-9430
drbojh@charter.net

Frederick C. Overdeir, Esq.
*Att orney for Joshua Kocha*
Braun, Kendrick
4301 Fashion Square Blvd.
Saginaw, MI 48603-1297
989-498-2100
freove@braunkendrick.com

**PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT**

**Wrongful Death Allegations**

1. Plaintiff Kaimila Kelly, Personal Representative of the Estate of William J. Kelly, hereby supplements the allegations in the Complaint in this matter [ECF No. 1] to incorporate events that have occurred subsequent to the filing of the Complaint.

2. William J. Kelly passed away on the evening of April 11, 2025 due to complications of Stage IV renal cell carcinoma.

3. As previously set forth in the Complaint [ECF No. 1], Mr. Kelly could have received curative surgical treatment for his renal cell carcinoma, by removing his left kidney before his cancer spread outside of that kidney. Mr. Kelly's cancer was still confined to his left kidney at the time that he first reported symptoms indicative of kidney cancer, such as painless gross hematuria.

4. The wrongful acts and omissions of the Defendants, as set forth in the Complaint [ECF No. 1], caused an extensive series of delays in the diagnosis and treatment of Mr. Kelly's renal cell carcinoma. These delays afforded the cancer time to spread to numerous areas of Mr. Kelly's body outside of his left kidney, such that curative surgical treatment became impossible. As a result, Mr. Kelly's cancer continued to spread and grow until it caused Mr. Kelly to die on or about April 11, 2025.

5. As a result of Mr. Kelly's death, Plaintiff Kaimila Kelly, the decedent's daughter, and others entitled to seek wrongful death damages per MCL § 600.2922, including William J. Kelly's siblings, have suffered damages. Such damages include, but are not limited to, the loss of the society and companionship of William J. Kelly.

WHEREFORE, in addition to the relief sought in Plaintiff's Complaint [ECF No. 1], Plaintiff now seeks all available damages for wrongful death recoverable under Michigan law, including but not limited to medical, hospital, funeral, and burial expenses for which the estate is liable; reasonable compensation for the pain and suffering, while conscious, undergone by the deceased during the period intervening between the time of the injury and death; and damages for the loss of financial support and the loss of the society and companionship of the deceased.

Respectfully submitted,

Date: September 10, 2026

*/s/ Ian T. Cross*

Ian T. Cross (P83367)
*Attorney for Plaintiff*
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
ian@lawinannarbor.com