**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

WILLIAM KELLY,

Plaintiff,

vs.

Case No. 2:22-cv-10589
Hon. Mark A. Goldsmith

CORIZON HEALTH, Inc., a Delaware corporation.; QUALITY CORRECTIONAL CARE OF MICHIGAN, P.C., a Michigan professional corporation; JOSHUA KOCHA; DANIELLE ALFORD; LEILA GHASEMI; DR. RAVI YARID; DR. RICHARD A. BOHJANEN, and DR. TODD K, BOSTWICK,

Defendants.

---

LAURENCE H. MARGOLIS (P69635)
IAN T. CROSS (P83367)
MARGOLIS & CROSS
Attorneys For Plaintiff
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com

THOMAS G. HACKNEY (P81283)
HACKNEY ODLUM & DARDAS
Attorney for Ravi Yarid, DO, Danielle Alford, PA and Leila Ghasemi, NP
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684
(231) 642-5057
thackney@holdlawyers.com

PAUL J. DWAIHY (P66074)
CHRISTOPHER KWIECIEN (P777878)
NAUTS, DWAIHY, BEACH & MORAN, PLLC
Attorney for Defendant Todd K. Bostwick, M.D.
38777 Six Mile Rd., Ste. 101
Livonia, MI 48152
(313) 964-4500
paul.dwaihy@tnmdlaw.com
christopher.kwiecien@tnmdlaw.com

RICHARD BOHJANEN, MD
Pro Se Defendant
(906) 249-9430
drbojh@charter.net

FREDERICK C. OVERDIER (P40684)
BRAUN KENDRICK FINKBEINER, PLC
Attorney for Joshua Kocha
4301 Fashion Square Blvd.
Saginaw, MI 48603-1250
(989) 498-2100
freove@braunkendrick.com

---

**DR. TODD K. BOSTWICK' S ANSWER TO PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT**

NOW COME Defendant, DR. TODD K. BOSTWICK, by and through his attorneys, NAUTS, DWAIHY, BEACH & MORAN, PLLC for his Answer to Plaintiff's First Supplemental Complaint, stating as follows:

**WRONGFUL DEATH ALLEGATIONS**

1. As to paragraph 1, this Defendant admits same.

2. As to paragraph 2, this Defendant neither admits nor denies the allegations contained in this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of the allegations at this time.

3. As to paragraph 3, this Defendant denies the allegations for the reason that they are untrue.

4 As to paragraph 4, this Defendant denies the allegations for the reason that they are untrue.

5 As to paragraph 5, this Defendant denies the allegations for the reason that they are untrue.

WHEREFORE, this Defendants requests a Judgment of No Cause for Action and that they be awarded costs and attorney fees so wrongfully incurred.

Respectfully submitted,

NAUTS, DWAIHY, BEACH,
& MORAN, PLLC

By: */s/ Paul J. Dwaihy*
PAUL J. DWAIHY (P66074)
CHRISTOPHER A. KWIECIEN (P77878)
Attorneys for Def Dr. Todd Bostwick
38777 Six Mile Road, Ste. 101
(313) 964-4500

DATED: September 11, 2026

**PROOF OF SERVICE**

The undersigned hereby certifies that she is employed by the
law firm of Nauts, Dwaihy, Beach & Moran, PLLC,
and that a copy of the foregoing document has been served upon the
attorneys of record herein on September 11, 2026, via CM/ECF System.

/s/ Michele R. McAllister
MICHELE R. McALLISTER