**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

WILLIAM KELLY,

Plaintiff,

vs.

Case No. 2:22-cv-10589
Hon. Terrence G. Berg

CORIZON HEALTH, Inc., a Delaware corporation.; QUALITY CORRECTIONAL CARE OF MICHIGAN, P.C., a Michigan professional corporation; JOSHUA KOCHA; DANIELLE ALFORD; LEILA GHASEMI; DR. RAVI YARID; DR. RICHARD A. BOHJANEN, and DR. TODD K, BOSTWICK,

Defendants.

---

LAURENCE H. MARGOLIS (P69635)
IAN T. CROSS (P83367)
MARGOLIS & CROSS
Attorneys For Plaintiff
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com

THOMAS G. HACKNEY (P81283)
HACKNEY ODLUM & DARDAS
Attorney for Ravi Yarid, DO, Danielle Alford, PA and Leila Ghasemi, NP
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684
(231) 642-5057
thackney@holdlawyers.com

PAUL J. DWAIHY (P66074)
CHRISTOPHER KWIECIEN (P777878)
NAUTS, DWAIHY, BEACH & MORAN, PLLC
Attorney for Defendant Todd K. Bostwick, M.D.
38777 Six Mile Rd., Ste. 101
Livonia, MI 48152
(313) 964-4500
paul.dwaihy@tnmdlaw.com
christopher.kwiecien@tnmdlaw.com

RICHARD BOHJANEN, MD
Pro Se Defendant
(906) 249-9430
drbojh@charter.net

FREDERICK C. OVERDIER (P40684)
BRAUN KENDRICK FINKBEINER, PLC
Attorney for Joshua Kocha
4301 Fashion Square Blvd.
Saginaw, MI 48603-1250
(989) 498-2100
freove@braunkendrick.com

---

**DR. TODD K. BOSTWICK' S WITNESS LIST**

NOW COME Defendant, DR. TODD K. BOSTWICK, by and through his attorneys, NAUTS, DWAIHY, BEACH & MORAN, PLLC submitting the following list of witnesses he may call at the time of trial:

1. William Kelly ("***Mr. Kelly***")
2. Kaimila Kelly
3. Angela Brooks
4. Lakisha Scott
5. Nell Kelly
6. Bryan Patton
7. Angela Brooks
8. Todd K. Bostwick, MD **(Treater and Expert – Diagnostic Radiology)**
9. Joshua Kocha, PA*
10. Danielle Alford, PA*
11. Leila Ghasemi, NP*
12. Ravi Yarid, DO*
13. Richard Bohjanen*
14. Tony Munaco, MD **(Expert – Radiology)**
15. Kevin Carter, DO **(Expert – Radiology)**
16. Eric Biondo-Savin, DO **(Potential Expert – Radiology)**
17. Joel Appel, MD **(Expert – Oncology)**
18. Andrew Muskovitz, MD **(Potential Expert – Oncology)**
19. Eugene Agnone, MD **(Potential Expert – Oncology)**

20. Christopher Bartlett, PhD **(Potential Expert – Economics)**

21. Paul Sicilian, PhD **(Potential Expert – Economics)**

22. Todd Morgan, MD **(Potential Expert – Urology/Oncology)**

22. Joel Topf, MD **(Potential Expert – Nephrology)**

23. Erin O'Callaghan **(Potential Expert – Life Care Plan)**

24. Any and all physicians, nurses, assistants, technicians, or other care providers at St. Corizon Health, Inc. including its affiliated and successor entities who participated in the care and treatment of Mr. Kelly.

25. Any and all physicians, nurses, assistants, technicians, or other care providers at Quality Correctional Care of Michigan, P.C. including its affiliated and successor entities who participated in the care and treatment of Mr. Kelly.

26. Any and all physicians, nurses, assistants, technicians, or other care providers at the practice of Michigan Department of Corrections, who participated in the care and treatment of Mr. Kelly.

27. Any and all physicians, nurses, assistants, technicians, or other care providers at Baraga County Memorial Hospital who participated in the care and treatment of Mr. Kelly, including, but not limited to:

- Brian McVey, MD*
- George Krzymowski, MD*
- Jonathan Neufeld, MD*
- Thomas Legalley, MD*
- Todd Bostwick, MD*

28. Any and all physicians, nurses, assistants, technicians, or other care providers at McLaren Greater Hospital who participated in the care and treatment of Mr. Kelly.

29. Any and all physicians, nurses, assistants, technicians, or other care providers at Karmanos Cancer Institute who participated in the care and treatment of Mr. Kelly.

30. Any and all physicians, nurses, assistants, technicians, or other care providers at Capitol Urological Associates who participated in the care and treatment of Mr. Kelly, including, but not limited to:

- Borys Hrunczenko, MD*
- Cynthia Stuard, NP*
- Elizabeth Pelletier, PA*
- Gregory Mitchinson, MD*
- Jacob Clapper, PA*
- Karen Houchlei*
- Natasha Chinoy*
- Nicole Shippy*
- Phillips Hartgerink, MD*
- Swetha Pentapati, MD*

31. Any and all physicians, nurses, assistants, technicians, or other care providers at UP Health System Marquette who participated in the care and treatment of Mr. Kelly, including, but not limited to:

- Andrew Johnson, RN*
- Daniel Decliveria*
- David Grant, MD*
- Erik Richter, MD*
- Gary Friesen, MD*
- James Picotte*
- Jay Lonsway, DO*
- Jill Thomas, NP*
- John Toomey*
- Jonathan Bjork*
- Kimberly McLain, NP*
- Kristi Johnson*
- Michelle Harris, MD*
- Patrcia Lange-Hollowood, RN*
- Ryan Budloo, MD*
- Thomas Massie, MD*
- Wihib Gebregeorgis*
- Michael Harris, MD*

- Andrew Johnson*
- Rhena MacGillvray*
- Jay Lonsway, DO*

32. Any and all physicians, nurses, assistants, technicians, or other care providers at MSU Health Care Hematology and Oncology Center who participated in the care and treatment of Mr. Kelly, including, but not limited to:

- Borys Hrinczenko*
- Daniel Isaac, DO*
- David Stockman, MD*
- Dr. Gugazzi*
- John Bartnik, DO*
- Osama Mosalem*
- Peter Morden, MD*
- Ryan Gennette, NP*
- Swetha Pentapati, MD*
- Swetha Pentapati, MD*

33. Any and all physicians, nurses, assistants, technicians, or other care providers at Oncology Hematology Associates of Saginaw Valley, P.C. who participated in the care and treatment of Mr. Kelly, including, but not limited to:

- Bei Liu, MD*
- Bonnie Baxter, NP*
- Cassi Honeman, LPN*
- Cecilia Kraus-Horbal, DO*
- Dawn Day, RN*
- Jeffrey Carney, MD*
- John Bartnik, MD*
- Katrina Alcock, RN*
- Marina Ananich*
- Mark Ludka, MD*
- Matthew French*
- Shannon Ochoa, NP*
- Teresa Legg*

34. Any and all physicians, nurses, assistants, technicians, or other care providers at Ascension St. Mary's Hospital who participated in the care and treatment of Mr. Kelly, including, but not limited to:

- Lindy Torrey*
- Ghani Muammad*

35. Any and all physicians, nurses, assistants, technicians, or other care providers at the Michigan Department of Corrections including medical facilities, including, but not limited to Duane Waters Medical Center who participated in the care and treatment of Mr. Kelly, including, but not limited to:

- Aaron Jeffrey, RN*
- Abigail Burke, RN*
- Abigail VanAlst, RN*
- Adam Foster, RN*
- Adria Roach, RN*
- Amy Rajala, RN*
- Ashley Kopicko*
- Barbara Mulnix, RN*
- Bonnie Steede, RN*
- Brian Stricklin*
- Brittney Stilson, RN*
- Calvin Burdick, RN*
- Caren Albercook, MD*
- Cari Keene, LPN*
- Chad Hewitt, RN*
- Charles Jamsen, MD*
- Christina Russell, RN*
- Christine Bourdon, RN*
- Christine M. Ives-Brooks, LPN*
- Christopher Lao, MD*
- Christy Negrinelli, RN*
- Chung Oh, DO*
- Cindy Speer*
- Connie McCool*
- Corey Grahn, NP*
- Crystal Trout, RN*
- Crystal Wood, RN*
- Danielle Alford, PA*
- Darel Woolsey*
- David Finegan, RN*
- Dawn Coon, RN*
- Denise Prater, LPN*
- Dennis Lester, RN*
- Derek Falk, NP*
- Diana Anderson, LPN*
- Diane Canterbury Miller*
- Dorothy Nalson, RN*
- Edward Riehle, RN*
- Elizabeth Corrigan, RN*
- Emilee Lantis, RCA*
- Ephraim Habtemariam, RN*
- Erin Griffith, NP*
- Evonne McGinty, RN*
- Gail Staley, RN*
- Glen Linsley, DO*
- Goulden Egbuchulam, LPN*
- Gregory Mitchinson*
- Heather Potter, RRT*
- Heather VanDussen, RN*
- Jaclyn Wright, LPN*
- James Hense, RN*
- Jamie Monville*
- Janak Bhavsar*
- Jenda Cole*
- Jennifer Bouck*

- Jennifer Collins*
- Jennifer Dobrzynski, LPN*
- Jessica Wright, RN*
- Jo Ann Samuelson, NP*
- Jodi Nakata, RN*
- Joe Wixtrom, RN*
- JonPaul Remus, RN*
- Joseph Burns, MSW*
- Joshua Czarniowski*
- Joshua Kocha, PA*
- Kaelynn Pfeil*
- Kandyce Maier, RN*
- Karina Beals, LPN*
- Karina Beals, LPN*
- Katherine Flegel, RN*
- Kathleen Pulford*
- Kathryn Harrison, LPN*
- Kayci Hutchins, RN*
- Kaylene Graham, RN*
- Keith Papendick, MD*
- Kelly Wellman, RD*
- Kristen Austin, NP*
- Kristen Brown, RN*
- Kristin Maxson, RN*
- Laura Rurka*
- Laurie Fry, NP*
- Leila Ghasemi, NP*
- Lisa Rosseau*
- Lisa Stone*
- Lisa Wurmlinger, RN*
- Lora Phelan, RN*
- Lori Schlenker*
- Lori Schlenker, RN*
- Mackenzie Fairbanks, RCA*
- Marina Meddaugh, RCA*
- Mark Boomershine, PA*
- Mark Butler, RN*
- Mark Haynes, LPN*
- Matthew Kasper, RN*
- Melissa Schulz, RN*
- Michelle Arnett, RN*
- Michelle Brussow*
- Nancy Smith, RN*
- Natalya Stokeley-Hamdan*
- Nicole Sundberg*
- Nigel Wyckoff, RN*
- Nikki Bradfford*
- Nikkida Price, NP*
- Nita Roberts-Piirainen, NP*
- Paige Hillier, RN*
- Pamela Sanders, RD*
- Patricia Lewis, NP*
- Rachael Nastally, RCA*
- Ravi Yarid, DO*
- Renee Hendrick, NP*
- Richard Bohjanen, MD*
- Richard Evans, PA*
- Robert Lacy, DO*
- Robert Lacy, DO*
- Ronald Drinkert, NP*
- Sandra Cavender*
- Sandra Corbin, LMSW*
- Shameka Cawthorn*
- Sheryl Mullenix, RN*
- Stacey Neves, RN*
- Stacy Lindahl, NP*
- Stacy Sylvie, MD*
- Susan Gustafson, RN*
- Susan Stone*
- Tammy Bernstein, RCA*
- Tammy Kelly, NP*
- Tari Byrne, RN*
- Tina Ozukwe, LPN*
- Trudy Duquette, RN*
- Vicki Carlson, RN*
- Vicki Usitalo, RN*
- Victoria Hallet, DO*
- William Schmuggerow, MD*

36. Any and all physicians, nurses, assistants, technicians, or other care providers at Henry Ford Health System who participated in the care and treatment of Mr. Kelly, including, but not limited to:

- Amber Howe*
- Marcia Ford*
- Randall Jordan*
- Samir Parikh, MD*
- Torey Bostater*
- Victoria Hallett, DO*

37. Any and all past or present employees, agents, or records custodians of any and all doctors, hospitals, offices or clinics or other treatment centers where Mr. Kelly received treatment at any time, including, but not limited to, those heretofore named.

38. Any and all past or present employees, agents, and/or records custodians of current or former educational institutions in which Mr. Kelly attended.

39. Any and all past or present employees, agents, or records custodians of Medicaid.

40. Any and all past or present employees, agents, or records custodians of Medicare.

41. Any and all past or present employees, agents, or records custodians of any and all pharmacies where Mr. Kelly filled prescriptions.

42. Any and all past or present employees, agents, or records custodians of any and all insurance and/or benefit programs to which of Mr. Kelly subscribed and/or was a member or beneficiary, including, but not limited to Blue Care Network.

43. Any and all part employees, agents or records custodians of the Social Security Administration involved with processing or evaluating any applications for benefits and/or benefits/coverage for Mr. Kelly.

44. Records custodians for any and all medical, hospital, insurance, employment, income tax, and/or other court and state and federal agency records associated with Mr. Kelly, including, but not limited to:

- Internal Revenue Service
- CMS
- Michigan Department of Community Health
- U.S. Department of Labor
- Michigan Department of Treasury
- Michigan Department of Health and Human Services
- Michigan Department of State.

45. Any and all past or present employees, agents, or records custodians of Internet social media websites used and/or maintained by Mr. Kelly and his family members. "Internet social media websites" includes but is not limited to Facebook, Twitter, Tumblr, LinkedIn, XboxLive, Pinterest, Foursquare, Gowalla, Instagram, MySpace, Pinterest, Shutterfly, Snapchat, YouTube, and Windows Live Spaces.

46. Any and all past or present employees, agents, or records custodians of past or present employers of Mr. Kelly.

47. Any and all past or present employees, agents, or records custodians of any and all financial institutions associated with Mr. Kelly.

48. Any and all persons whose names appear in any legal document associated with any other legal proceedings involving Mr. Kelly.

49. Any and all lay witnesses named by Plaintiff.

50. Any and all witnesses named by any Co-Defendant.

51. Any and all persons whose names appear in any medical record of Mr. Kelly.

52. All persons listed by any party, even if not called by that party at the time of trial.

53. All persons whose identities are revealed by way of discovery.

54. All persons deposed and to be deposed.

55. Any and all treating medical personnel whose identity was not determined at the time of the submission of this Witness List.

56. Such rebuttal and/or impeachment witnesses as may be necessary and/or desired at the conclusion of Plaintiff's case in chief at trial.

57. Any and all witnesses necessary to lay a proper foundation for an exhibit to be offered by any Defendant at trial.

58. Defendant specifically reserves the right to amend and add to this Witness List the names of further witnesses and expert witnesses as they deem necessary to their defense based upon, among other things, the subsequent identification by Plaintiff regarding witnesses

59. Defendant reserves the right to elicit expert medical testimony from any and all physicians and other health care professionals listed above within their respective areas of practice, including testimony relating to, but not limited to, standard of care, proximate cause, and damages.

* **Defendant reserves the right to elicit expert testimony from any and all of these witnesses within their respective areas of expertise.**

LOCAL RULE CERTIFICATION: I, Paul Dwaihy, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one inch margins on the top, sides, and bottom; consecutive page numbering; and type size

of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

Respectfully submitted,

NAUTS, DWAIHY, BEACH
& MORAN, PLLC

By: *<u>/s/ Paul J. Dwaihy</u>*
PAUL J. DWAIHY (P66074)
CHRISTOPHER A. KWIECIEN (P77878)
Attorneys for Def Dr. Todd Bostwick
38777 Six Mile Road, Ste. 101
Livonia, MI 48152
(313) 964-4500

DATED: October 27, 2026

**<u>CERTIFICATE OF SERVICE</u>**

Michele R. McAllister, an employee with the law firm of Nauts, Dwaihy, Beach & Moran, PLLC, being first duly sworn, deposes and says that on October 27, 2026, she caused a copy of this document to be served upon all parties of record, via the Case Management/Electronic Case Files (CM/ECF) system for the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.

By: *<u>/s/ Michele R. McAllister</u>*
Michele R. McAllister